B6A (Official Form 6A) (12/07)

In re **ROGER PIERRE BAYLOCQ**,                                        Case No. **10-51372**
                Debtor                                                                                                                   (If known)

# SCHEDULE A - REAL PROPERTY

    Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

    **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

    If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

    If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 1490/1492 W. 7th St., Reno, NV 89503 APN 007-791-05 | 100% fee simple | | 190,000 | $177,000.00 |
| Embers Mobile Home Park 873-880, 882 S McLean St. 876, 878, 888, 892, 898 Cleveland St. Fallon, NV 89406    APN 006-166-04 | 100% fee simple | | 350,000 | $425,000.00 |
| Vacant 0.14 Acre Lot S. McLean St., Fallon, NV | 100% fee simple | | 10,000 | 0 |
| Three rental homes, 1 duplex, 2 lots 845, 865, 871 S. McLean St. 840, 860, 870 Cleveland St. Fallon, NV 89406    APN 007-791-11 | 100% fee simple | | 400,000 | $197,529.00 |
| Land (0.75 Acres) 800 Wildes St., Fallon, NV 89406 APN 007-791-14 | 100% fee simple | | 100,000 | 0 |
| 8165 Highway 162 Butte Cit, CA 89520 | 50% fee simple | | 75,000 | 0 |
| 835-875 Humboldt Fallon, NV 89406 | 100% fee simple | | 400,000 | $42,000 |
| | | Total▶ | $1,525,000 | |

(Report also on Summary of Schedules.)