B 6D (Official Form 6D) (12/07)

In re ROGER PIERRE BAYLOCQ          ,          Case No. 10-51372-GWZ
                    **Debtor**                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 10700001581300 Aspen Valley Christian Foundation c/o Evergreen Note Servicing 295 Holcomb Ave., Ste 3 Reno, NV 89502 | | | Date: 835-875 Humboldt* NOT IN HIS NAME SINCE 2009 VALUE $ | | | | $420,000.00 | |
| ACCOUNT NO. 118527374 Bank of America P.O. Box 515504 Los Angeles, CA 90051 | | | Date: 1490 W 7th St Duplex VALUE $ | | | | $180,932.00 | |
| ACCOUNT NO. 107002006582 Corolla, Ronald c/o Allied Inc. 6121 Lakeside Dr., Ste 150 Reno, NV 89511 | | | Date: 840 Cleveland St - 845 Mc Lean St. VALUE $ | | | | $197,529.00 | |
| 1 continuation sheets attached | | | Subtotal ▶ (Total of this page) | | | | $ 798,461.00 | $ |
| | | | Total ▶ (Use only on last page) | | | | $ | $ |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B 6D (Official Form 6D) (12/07) – Cont.

2

In re _____,   Case No. _____
        **Debtor**                                                                  **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. CV09--02012 <br> Director of the Firm Foundation <br> 19919 NE 107th Ave. <br> Battle Ground, WA 98604 | | | Date: 10/29/09 <br> Judgement Lien <br><br> VALUE $ | | | | $71,145.77 | |
| ACCOUNT NO. <br> Harvest Time Foundation <br> c/o: Evergreen Note Servicing <br><br> 295 Holcomb Ln., Ste 3 <br> Reno, NV 89502 | | | Date: <br><br> 873-882 Mc Lean St. <br><br> VALUE $ | | | | $425,000.00 | |
| ACCOUNT NO. 1010-22-00014566 <br> Pabst, Dorothy <br> c/o: Evergreen Note Servicing <br> 295 Holcomb Ln., Ste 3 <br> Reno, NV 89502 | | | Date: <br> 1275 Stardust <br> Gateway Inn <br><br> VALUE $ | X | | | $1,007,000.00 | |
| ACCOUNT NO. 1071010004553 <br> Pura, Fred & Florence <br> c/o: Allied Inc. <br><br> 6121 Lakeside Dr., Ste 150 <br> Reno, NV 89511 | | | Date: <br> 1490 W 7th <br> Duplex <br><br> VALUE $ | | | | $26,000.00 | |
| ACCOUNT NO. <br><br><br><br> | | | VALUE $ | | | | | |

Sheet no. _2_ of _2_ continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal (s) ▶
(Total(s) of this page)

$ 1,529,145.77            $

Total(s) ▶
(Use only on last page)

$                              $

(Report also on
Summary of Schedules.)

(If applicable,
report also on
Statistical Summary
of Certain
Liabilities and
Related Data.)