John White, Esq., Bar #1741
White Law Chartered
335 West First St.
Reno, NV 89503
775-322-8000
FAX: 775-322-1228
john@whitelawchartered.com
Attorney for Roger Pierre Baylocq, Debtor

E-filed June 1, 2010

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

ROGER PIERRE BAYLOCQ.

_____Debtor_____/

Chapter 11

CASE NO.: BK-N-10-51372-gwz

DEBTOR DECLARATION RE PROPERTY OWNED BY LIVING TRUST (In support of Motion for Leave to Revoke Debtor's Living Trust)

Hearing Date: August 23, 2010
Hearing Time:P 2:00 pm
Est. Time: 30 minutes

The following is a complete list of all property owned by the Roger Baylocq Revocable Family Trust ("Trust") as of this date. No property has been acquired by or, other than by foreclosure, transferred by this Trust since October, 2007. At all times through the filing of this Chapter 11 bankruptcy, I believed that this property was, for bankruptcy purposes, property of the Debtor's Estate. I treated the Trust property as my own property at all times, on my federal tax returns and otherwise. I just did not think of my living trust.

I affirm under oath that my said Trust was executed on May 31, 2006, that it has never been revoked, that it is currently a valid living trust, and that Page 13 (Article VII) thereof authorizes me as Settlor to revoke it and that if I do, the trust property reverts to me.

WHITE LAW CHARTERED
LAWYERS
20TH CENTURY BLDG.
335 W. FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228

| PROPERTY OWNED BY LIVING TRUST | % OWNERSHIP & EQUITY | DATE TRANSFERRED TO TRUST |
|---|---|---|
| **Duplex (1490-1492 7th St) (land)** | 100%    ($0 equity) | by deed 5/31/2006 |
| **A & B Logistics, Inc. (stock)** | 50%    ($30,000 equity) | by written assignment 5/31/06 |
| **Bayloq Construction, Inc. (share)** | 100%    ($0) | by written assignment 5/31/06 |
| **RLL, LLC (share)** | 50%    ($50,000 equity) | by written assignment 5/31/06 |
| **Easymark, LLC (share)** | 50%    ($450,000 equity) | by written assignment 5/31/06 |
| **R & L Nevada Holdings, LLC (share)** | 50%    ($50,000 equity) | by written assignment 5/31/06 |
| **8165 Highway 162, Butte City, CA 89520 (land)** | 50%    ($75,000 equity) | purchased Oct, 2007 |

List of Property owned by Roger Baylocq personally (not by living trust). Whatever the status of the former, this is clearly property of my estate.

| 100% (real property) | All property in Fallon |
|---|---|
| 100% percentage ownership) | Baylocq Properties, LLC |

I declare under pain and penalty of perjury that the foregoing is true and correct.

Dated 6/1/10

Roger Pierre Baylocq

WHITE LAW CHARTERED
LAWYERS
20TH CENTURY BLDG.
335 W. FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228

2