Stephanie L. Cooper, Esquire
Nevada Bar No. 5919
Michael W. Chen, Esquire
Nevada Bar No. 7307
THE COOPER CASTLE LAW FIRM
A Multi-Jurisdictional Law Firm
820 South Valley View Blvd.
Las Vegas, NV 89107
(702) 435-4175/(702) 435 4181 (facsimile)
Loan No. xxxxxx5907/ Our File No. 10-06-6997-

Attorney for Secured Creditor
SunTrust Mortgage Inc.

ECF FILED ON June 11, 2010

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

ROGER PIERRE BAYLOCQ

Debtor(s)

CHAPTER 11
BANKRUPTCY NO.: 10-51372-GWZ

### REQUEST FOR SPECIAL NOTICE AND REQUEST TO BE ADDED TO THE MASTER MAILING LIST

TO:  Roger Pierre Baylocq          DEBTORS
TO:  JOHN WHITE, ESQ.              ATTORNEY FOR THE DEBTOR(S)
TO:  U.S. TRUSTEE-LV-11            CHAPTER 11 TRUSTEE
TO:  ALL INTERESTED PARTIES
TO:  THE CLERK OF THE ABOVE ENTITLED COURT

**NOTICE IS HEREBY GIVEN that** SunTrust Mortgage Inc., as a Secured Creditor in the above-entitled action requests that the above-captioned address of its attorney of record be added to the master mailing list in this case and that its attorney receive notice of all proceedings in this matter.

**Date: June 10, 2010**

/s/ Michael W. Chen
Michael W. Chen, Esquire
Attorney for Secured Creditor
SunTrust Mortgage Inc.

- 1 -

## CERTIFICATE OF SERVICE

The undersigned hereby declares and certifies that on June 10, 2010, a copy of the Secured Creditors REQUEST FOR SPECIAL NOTICE was served on the following parties by electronically mailing to:

| COUNSEL FOR DEBTOR(S) | TRUSTEE |
|---|---|
| JOHN WHITE, ESQ. | U.S. TRUSTEE-LV-11 |
| bankruptcy@whitelawchartered.com | Ustpregion17.lv.ecf@usdoj.gov |

I declare under penalty of perjury that the foregoing is true and correct.

_/s/ Tyler Sharpe_
An employee of THE COOPER CASTLE LAW FIRM