ECF FILED ON:
JUL 19 2010

Michael W. Chen, Esquire
Nevada Bar No. 7307
THE COOPER CASTLE LAW FIRM
A Multi-Jurisdictional Law Firm
820 South Valley View Blvd.
Las Vegas, NV 89107
(702) 435-4175/(702) 435 4181 (facsimile)
Loan No. *****3350 / Our File No. 10-05-5648-NV

Attorney for Secured Creditor
Chase Home Finance LLC

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA DIVISION

IN RE:

ROGER PIERRE BAYLOCQ

DEBTORS.

Case No.: 10-51372-GWZ

Chapter: 11

**STIPULATION RE: TERMINATION OF AUTOMATIC STAY**

IT IS HEREBY STIPULATED BY AND BETWEEN Secured Creditor, Chase Home Finance LLC, through its counsel, Michael W. Chen, Esq., THE COOPER CASTLE LAW FIRM, and the Debtor, Roger Pierre Baylocq, who is represented by counsel, JOHN WHITE, ESQ., as follows:

1. That the Automatic Stay in the above-entitled Bankruptcy case is immediately terminated and extinguished for all purposes as to Secured Creditor, Chase Home Finance LLC, its assignees and/or successors in interest, may proceed with a foreclosure of and hold a Trustee's Sale on the subject property, generally described as 325 Circle Dr., Reno, NV 89509 ("Property" herein) and legally described as follows:

SEE LEGAL DESCRIPTION

///

///

2. That this Stipulated Order is binding against any conversion of the subject Bankruptcy proceeding.

SO STIPULATED

Date: June 30, 2010     By:     /s/ Michael W. Chen, Esq.
MICHAEL W. CHEN, ESQ.
THE COOPER CASTLE LAW FIRM
A Multi-Jurisdictional Law Firm
Attorney for Secured Creditor
Chase Home Finance LLC

SO STIPULATED

Date: June 30, 2010     By:     _____
JOHN WHITE, ESQ.
Attorney for Roger Pierre Baylocq

EXHIBIT "A"

Beginning at the Northeast corner of Lot 10 in Block D if MANOR HEATH SUBDIVISION to the City of Reno, Nevada according to the official map thereof. Filed in the office of the County Recorder of Washoe County, Nevada in June 7, 1923 and running thence West along the North line of Lots 9 and 10 in said Block D, 120 feet to a point of the North line of Lot 9, 12 feet East of the Northwest corner of said Lot 9, thence South on the line parallel with and 12 feet East of the West line if said Lot 9, a distance of 60 feet, thence on a line parallel with the South lines of Lots 9 and 10 to the East line of said Lot 10, thence north along the East line of Said lot 10 to the point of beginning.