John White, Esq., Bar #1741  
White Law Chartered  
335 West First Street  
Telephone: (775) 322-8000  
Facsimile: (775) 322-1228  
john@whitelawchartered.com  
Attorney for Roger Pierre Baylocq

E-filed 8/6/10

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

ROGER PIERRE BAYLOCQ,

Debtor-in-Possession.

Chapter 11

CASE NO:  BK-N-10-51372-gwz

SUPPLEMENT DECLARATION OF ROBER BAYLOCQ IN SUPPORT OF DEBTOR'S MOTION FOR LEAVE TO REVOKE DEBTOR'S LIVING TRUST

Hearing Date: August 23, 2010  
Hearing time:  2:00 p.m

ROGER BAYLOCQ, Debtor, hereby declares, under pain and penalty of perjury, as follows:

1. Attached hereto as Exhibit A is a true and correct copy of my Declaration of Trust for The Roger Baylocq Family Trust (u.t.d. May 31, 2006) ("Trust").

2. At all times material hereto I had access to both the net income and the principal of the Trust and used the assets of the Trust to my benefit.

Dated: Aug. 6, 2010.

/s/ Roger Baylocq

WHITE LAW CHARTERED  
LAWYERS  
5TH CENTURY BLDG.  
35 W. FIRST STREET  
RENO, NV 89503

(775) 322-8000  
(775) 322-1228

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of August 2010, I served a true and correct copy of the attached Supplement to Declaration In support of Debtor's Motion for Leave to Revoke Debtor's Living Trust, as follows:

X a.  ECF System, on the 6th day of August, 2010:

Leo P. Bergin on behalf of Creditor Dorothy Pabst lbergin@mcdonaldcarano.com

Michael W. Chen on behalf of Creditor Chase Mortgage Company S/B/M Chase Home Finance, LLC yvette@ccfirm.com

Richard G. Hill on behalf of creditor Director of the Firm Foundation greccelle@richardhillaw.com; cdetlie@richardhillaw.com

US Trustee - RN - 11USTPRegion17.RE.ECF@usdoj.gov

Christopher D Jaime, Esq. on behalf of creditor Aspen Valley Christian Foundation; cjaime@mclrenolaw.com, kbernhardt@mclrenolaw.com

X b.  United States mail, postage fully prepaid, on the 6th day of August, 2010, to the interested parties at the addresses listed below as follows:

SBAC Home Loans Servicing, LP
c/o Prober & Rapahael, A Law Corporation
20750 Ventura Blvd., Suite 100
Woodland Hills, CA 91364

Recovery Management Systems Corporation
25 S.E. Second Avenue
Ingraham Building, Suite 120
Miami, FL 33131-1605

Roger Baylocq
1275 Stardust St. #106
Reno, NV 89503

I declare under penalty of perjury that the foregoing is true and correct.

Dated August 6th, 2010.

*Araceli Gonzalez*
Declarant, Araceli Gonzalez,
Employee, White Law Chartered

WHITE LAW CHARTERED
LAWYERS
0TH CENTURY BLDG.
35 W. FIRST STREET
RENO, NV 89503

(775) 322-8000
(775) 322-1228