

**Entered on Docket
August 06, 2010**

_____
Hon. Gregg W. Zive
United States Bankruptcy Judge

Christopher D. Jaime, Esq., Nev. Bar #4640
Maupin, Cox & LeGoy
4785 Caughlin Parkway
P.O. Box 30000
Reno, Nevada 89520
Telephone: (775) 827-2000
Fax: (775) 827-2185
E-mail: cjaime@mclrenolaw.com
Attorneys for Creditors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

IN RE:

ROGER PIERRE BAYLOCQ,

Debtor.
_____/

Case No: BK-10-51372-gwz

Chapter 11

ORDER APPROVING STIPULATION
EXTENDING DATE TO (1) DETERMINE
DISCHARGEABILITY OF DEBT; AND
(2) FILE PROOFS OF CLAIM AND
VACATING HEARING

(No Hearing Required)

The Court has reviewed the Stipulation Extending Date to (1) Determine Dischargeability of Debt; and (2) File Proofs of Claim ("Extension Stipulation") by and between Roger Pierre Baylocq ("Debtor"), on the one hand, and Harvest Time Foundation and Aspen Valley Christian Foundation ("Foundations") and Bert and Emma Van Komen ("Van Komens") (collectively, unless

1.

otherwise noted, "Creditors"), on the other hand, and good cause appearing: IT IS HEREBY ORDERED:

1. The Extension Stipulation is approved and the extensions provided Creditors therein are granted; and

2. The Motion to Extend Time to: (1) Determine Dischargeabilty of Debt; and (2) File Proofs of Claim (Dkt. #46) ("Extension Motion") is hereby withdrawn and the hearing on the Extension Motion set for September 1, 2010, at 2:00 p.m. is vacated.

Prepared and respectfully submitted by:
**MAUPIN, COX & LEGOY**

By /s/ Christopher D. Jaime
 Christopher D. Jaime, Esq.
 Attorneys for Creditors

APPROVED/DISAPPROVED
**WHITE LAW CHTD.**

By _____
 John White, Esq.
 Nevada Bar No. 1741
 335 W. First St.
 Reno, NV 89503
 Attorney for Debtor

APPROVED/DISAPPROVED
**OFFICE OF THE UNITED STATES TRUSTEE**

By _____
 William B. Cossitt, Esq.
 Nevada Bar No. 3484
 300 Booth St., Room 3009
 Reno, NV 89509

###

2.

otherwise noted, "Creditors"), on the other hand, and good cause appearing: IT IS HEREBY ORDERED:

1. The Extension Stipulation is approved and the extensions provided Creditors therein are granted; and

2. The Motion to Extend Time to: (1) Determine Dischargeabilty of Debt; and (2) File Proofs of Claim (Dkt. #46) ("Extension Motion") is hereby withdrawn and the hearing on the Extension Motion set for September 1, 2010, at 2:00 p.m. is vacated.

Prepared and respectfully submitted by:
**MAUPIN, COX & LEGOY**

By /s/ Christopher D. Jaime
   Christopher D. Jaime, Esq.
   Attorneys for Creditors

APPROVED/DISAPPROVED
**WHITE LAW CHTD.**

By_____
   John White, Esq.
   Nevada Bar No. 1741
   335 W. First St.
   Reno, NV 89503
   Attorney for Debtor

APPROVED/~~DISAPPROVED~~
**OFFICE OF THE UNITED STATES TRUSTEE**

By /s/ William B. Cossitt

**WILLIAM B. COSSITT**
Trial Attorney for Acting United States
Trustee Sara L. Kistler

### # # #

2.