Stephanie L. Cooper, Esquire
Nevada Bar No. 5919
Michael W. Chen, Esquire
Nevada Bar No. 7307
THE COOPER CASTLE LAW FIRM
A Multi-Jurisdictional Law Firm
820 South Valley View Blvd.
Las Vegas, NV 89107
(702) 435-4175/(702) 435 4181 (facsimile)
yylagan@ccfirm.com
Loan No. xxxxxx5907 / Our File No. 10-06-6997-NV
Attorney for Secured Creditor
SunTrust Mortgage Inc.

**ECF FILED ON:**

AUG 18 2010

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:

ROGER PIERRE BAYLOCQ
Debtor(s)

CHAPTER 11
BANKRUPTCY NO.: 10-51372-GWZ
DATE: August 24, 2010
TIME: 10:00 AM

**WITHDRAWAL OF MOTION FOR RELIEF FROM AUTOMATIC STAY
RE: DEBTOR AND BANKRUPTCY ESTATE WITH CERTIFICATE OF SERVICE**

TO:  **Roger Pierre Baylocq**         DEBTORS
TO:  **JOHN WHITE, ESQ.**             ATTORNEY FOR THE DEBTOR(S)
TO:  **U.S. TRUSTEE-LV-11**           CHAPTER 11 TRUSTEE
TO:  **ALL INTERESTED PARTIES**
TO:  **THE CLERK OF THE ABOVE ENTITLED COURT**

Pursuant to Stipulation Order entered on August 6, 2010, a withdrawal of the MOTION FOR RELIEF FROM STAY, that was filed herein on July 6, 2010 by Michael Chen, Esq., attorney for Secured Creditor, SunTrust Mortgage Inc., is without prejudice.

NOTICE IS FURTHER GIVEN that the hearing on the said motion on August 24, 2010 at 10:00 AM is hereby vacated.

**Date: August 18, 2010**

_/s/ Michael W. Chen_
Michael W. Chen, Esquire
Stephanie L. Cooper, Esquire
Attorney for Secured Creditor
SunTrust Mortgage Inc.

- 1 -

# CERTIFICATE OF SERVICE

The undersigned hereby declares and certifies that on August 18, 2010, a copy of the Secured Creditors WITHDRAWAL OF THE MOTION FOR RELIEF FROM STAY was served on the parties through the following means:

**Depositing a copy in the United States Mail, postage prepaid and addressed to:**

Roger Pierre Baylocq
1275 Stardust Street
Reno, NV 89503

Roger Pierre Baylocq
2370 Del Monte Lane
Reno, NV 89511

TRUSTEE
U.S. TRUSTEE-RN-11
300 Booth Street
Suite 2129
Reno, NV 89509

JOHN WHITE
335 W FIRST ST
RENO, NV 89503

Prober & Raphael, a Law Corporation
Attn: Dean R. Prober, ESQ.
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364

Maupin, Cox & LeGoy
Attn: Christopher D. Jaime, ESQ.
Attorney for Bert & Emma Van Komen
4785 Caughlin Parkway
P.O. Box 30000
Reno, NV 89520

Law Office of Richard G. Hill
Attn: Casey D. Baker, ESQ.
Post Office Box 2551
Reno, Nevada 89505

**Certified Mail:**

GE Money Bank
Attn: Ramesh Singh
c/o Recovery Management Systems Corp.
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605

I declare under penalty of perjury that the foregoing is true and correct.

_____/s/ Tyler Sharpe_____
An employee of THE COOPER CASTLE LAW FIRM

-2-