

**Entered on Docket**
**September 21, 2010**

_____
**Hon. Gregg W. Zive**
**United States Bankruptcy Judge**

John White, Esq., Bar #1741
335 West First Street
Reno, NV 89503
Telephone: (775) 322-8000
Facsimile: (775) 322-1228
john@whitelawchartered.com
Attorney for Roger Pierre Baylocq

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:                                              Chapter 11

ROGER PIERRE BAYLOCQ,                CASE NO:  BK-N-10-51372-gwz

                                                    ORDER APPROVING MOTION
                                                    FOR LEAVE TO REVOKE DEBTOR'S
                                                    LIVING TRUST

                                                    Hearing Date:  August 23, 2010
                                                    Hearing time:   2:00 p.m

Debtor-in-Possession.
_____/

        The Motion For Leave to Revoke Debtor's Living Trust, filed herein on June 1, 2010, having

been regularly come on for hearing at 2:00 p.m. on August 23, 2010, and the hearing on the Motion

having been properly noticed, no objections having been filed, and it appearing that such revocation

will not harm the estate, and good cause appearing:

        IT IS HEREBY ORDERED that Debtor's Motion for Leave to Revoke the

WHITE LAW
CHARTERED
LAWYERS
20TH CENTURY BLDG.
335 W. FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228

1

1

2

3     Roger Baylocq Living Trust dated May 31, 2006 ("Trust") be and hereby is granted.

4     Submitted by:                              Approved/Disapproved

5     WHITE LAW CHARTERED                         OFFICE OF THE U.S. TRUSTEE

6     By: _____              By: _See Attached_____

7          John White, Esq.                           William Cossitt, Esq.
      Attorney for Debtor- in-possession

8

9                                    ###

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27   WHITE LAW
     CHARTERED
     LAWYERS
28   20TH CENTURY BLDG.
     335 W. FIRST STREET
     RENO, NV 89503

     T (775) 322-8000
     F (775) 322-1228

                                        2

John White, Esq., Bar #1741
335 West First Street
Reno, NV 89503
Telephone: (775) 322-8000
Facsimile: (775) 322-1228
john@whitelawchartered.com
Attorney for Roger Pierre Baylocq

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:                                                    Chapter 11

ROGER PIERRE BAYLOCQ,                    CASE NO:  BK-N-10-51372-gwz


                                                          ORDER APPROVING MOTION
                                                          FOR LEAVE TO REVOKE DEBTOR'S
                                                          LIVING TRUST

                                                          Hearing Date:  August 23, 2010
                                                          Hearing time:   2:00 p.m
Debtor-in-Possession.
_____/


        The Motion For Leave to Revoke Debtor's Living Trust, filed herein on June 1, 2010, having

been regularly come on for hearing at 2:00 p.m. on August 23, 2010, and the hearing on the Motion

having been properly noticed, no objections having been filed, and it appearing that such revocation

will not harm the estate, and good cause appearing:

        IT IS HEREBY ORDERED that Debtor's Motion for Leave to Revoke the Roger Baylocq

Living Trust dated May 31, 2006 ("Trust") be and hereby is granted.

Submitted by:                                          Approved/~~Disapproved~~

WHITE LAW CHARTERED                      OFFICE OF THE U.S. TRUSTEE

By: _____                 _____
        John White, Esq.                              **Attorney for Acting United States Trustee**
Attorney for Debtor- in-possession       **August B. Landis**

WHITE LAW
CHARTERED
LAWYERS
20TH CENTURY BLDG
335 W. FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228

1
2
3

CERTIFICATION PURSUANT TO LR 9021

4

Counsel submitting this document certifies that the order accurately reflects the Court's

5

ruling and that (check one):

6
7

____  The court has waived the requirements set forth in LR 9021 (b)(1).

8

____  No party appeared at the hearing or filed an objection to the Application.

9

X  I have delivered a copy of this proposed order to all counsel who appeared at the
hearing, and any unrepresented parties who appeared at the hearing, and each has
approved or disapproved the order, or failed to respond, as indicated below

10
11

____  I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order
with the Application, and no parties appeared or filed written objections.

12
13

Dated this _20_ day of September 2010.

14
15

WHITE LAW CHARTERED

16
17

JOHN WHITE, ESQ.

18
19
20
21
22
23
24
25
26
27
28

WHITE LAW
CHARTERED
LAWYERS
20TH CENTURY BLDG.
335 W. FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228