John White, Esq., Bar #1741                           Document E-Filed On: 12/14/10
335 West First Street
Reno, NV 89503
Telephone: (775) 322-8000
Facsimile: (775) 322-1228
john@whitelawchartered.com
Attorney for Roger Pierre Baylocq

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:                                                        Chapter 11

ROGER PIERRE BAYLOCQ,                                 CASE NO:  BK-N-10-51372-gwz

NOTICE OF ENTRY OF ORDER
APPROVING THE FIRST INTERIM
FEE APPLICATION OF WHITE LAW
CHARTERED FOR ALLOWANCE
OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES
AS COUNSEL TO DEBTOR  FOR
THE PERIOD FROM APRIL 15, 2010
THROUGH SEPTEMBER 30, 2010.

Debtor-in-Possession.                                 Date of Hearing: December 7, 2010
                                                      Time of Hearing: 2:00 P. M.
_____/

       NOTICE IS HEREBY GIVEN that on the 13th  day of December, 2010, the Court

entered an ORDER APPROVING THE FIRST INTERIM FEE APPLICATION OF WHITE

LAW CHARTERED FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT

OF EXPENSES AS COUNSEL TO DEBTOR FOR THE PERIOD FROM APRIL 15, 2010

THROUGH SEPTEMBER 30, 2010.  A copy of the Order is attached hereto.

       Dated December 14, 2010.


                                        WHITE LAW CHARTERED

                                        By: _____
                                              John White, Esq.
                                        Attorney for Debtor- in-possession

WHITE LAW
CHARTERED
LAWYERS
20TH CENTURY BLDG
335 W FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228

1

CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of December, 2010, I served a true and correct copy of the attached: NOTICE OF ENTRY OF ORDER APPROVING THE FIRST INTERIM FEE APPLICATION OF WHITE LAW CHARTERED FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO DEBTOR FOR THE PERIOD FROM APRIL 15, 2010 THROUGH SEPTEMBER 30, 2010, as follows:

X a. ECF System:

| | |
|---|---|
| Leo P. Bergin | lbergin@mcdonaldcarano.com |
| Michael W. Chen | yvette@ccfirm.com |
| Richard G. Hill | greccelle@richardhillaw.com,cdetlie@richardhillaw.com |
| Christopher D. Jaime | cjaime@mclrenolaw.com,kbernhardt@mclrenolaw.com |
| U.S. Trustee -RN-11 | USTPRegion17.RE.ECF@usdoj.gov |
| John White | Bankruptcy@whitelawchartered.com, john@whitelawcharterd.com |

X b. United States mail, postage fully prepaid, to the interested parties as follows:

BAC Home Loans Servicing, LP
c/o Prober & Raphael, A Law Corporation
20750 Ventura Boulevard, Suite 100
Woodland Hills, CA 91364

Recovery Management Systems Corporation
25 S.E. Second Avenue
Ingraham Building, Suite 1120
Miami, FL 33131-1605

U.S. Trustee
300 Booth Street
Reno, NV 89509-1361

I declare under penalty and perjury that the foregoing is true and correct.

Signed on: December 14, 2010

Declarant, Araceli Gonzalez
Employee, White Law Chartered

WHITE LAW
CHARTERED
LAWYERS
20TH CENTURY BLDG
335 W FIRST STREET
RENO NV 89503

T (775) 322 8000
F (775) 322 1228

2

**Entered on Docket**
**December 13, 2010**

_____
**Hon. Gregg W. Zive**
**United States Bankruptcy Judge**

1

2

3

4

5

6

7

8   John White, Esq., Bar #1741
    335 West First Street
9   Reno, NV 89503
    Telephone: (775) 322-8000
10  Facsimile: (775) 322-1228
    john@whitelawchartered.com
11  Attorney for Roger Pierre Baylocq

12                  UNITED STATES BANKRUPTCY COURT

13                        DISTRICT OF NEVADA

14  In re:                              )    CASE NO:  BK-N-10-51372-gwz
                                        )
15                                      )
    ROGER PIERRE BAYLOCQ,               )    Chapter 11
16                                      )
                                        )
17                                      )    **ORDER APPROVING THE FIRST**
                                        )    **INTERIM FEE APPLICATION**
18                                      )    **OF WHITE LAW CHARTERED**
                                        )    **FOR ALLOWANCE OF**
19                                      )    **COMPENSATION AND**
                                        )    **REIMBURSEMENT OF EXPENSES**
20                                      )    **AS COUNSEL TO DEBTOR  FOR**
                                        )    **THE PERIOD FROM APRIL 15, 2010**
21                        Debtor        )    **THROUGH SEPTEMBER 30, 2010.**
                                        /
22
    _____
23

24

25      The FIRST INTERIM FEE APPLICATION OF WHITE LAW CHARTERED FOR

26  ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

27

28

WHITE LAW
CHARTERED
LAWYERS
9TH CENTURY BLDG.
35 W. FIRST STREET
RENO, NV 89503

(775) 322-8000
(775) 322-1228

1

AS COUNSEL TO DEBTOR FOR THE PERIOD FROM APRIL 15, 2010 THROUGH SEPTEMBER 30, 2010 ("First Fee Application"), filed herein on November 9, 2010, having been regularly come on for hearing at 2:00 p.m. on December 7, 2010, William B. Cossitt, Esq. appearing for the Office of the United States Trustee, and the hearing on the First Fee Application having been properly noticed, and upon all of the proceedings had before the Court, and after due deliberation and sufficient cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The First Fee Application of White Law Chartered for Compensation and Reimbursement of Expenses as Counsel for the period above-mentioned, seeking compensation for attorney fees and costs incurred thereby, be and hereby is approved;

2. The Amount of Compensation for Services Sought by White Law Chartered in the amount of $25,194.50 is ordered, adjudged and decreed as Actual, Reasonable and Necessary;

3. The Amount of Expenses Sought to be Reimbursed by WLC in the amount of $433.19 is ordered, adjudged and decreed as Actual, Reasonable and Necessary;

4. The First Fee Application, in the total amount of $25,627.69, is hereby granted.

IT IS SO ORDERED.

Submitted by:

WHITE LAW CHARTERED

By: _____
John White, Esq.

Approved/Disapproved

OFFICE OF THE U.S. TRUSTEE

_____
Attorney for Acting United States Trustee
August B. Landis

WHITE LAW
CHARTERED
LAWYERS
20TH CENTURY BLDG.
335 W FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228

###

CERTIFICATION PURSUANT TO LR 9021

Counsel submitting this document certifies that the order accurately reflects the Court's ruling and that (check one):

___  The court has waived the requirements set forth in LR 9021 (b)(1).

___  No party appeared at the hearing or filed an objection to the First Fee Application.

_X_  I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

___  I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the First Fee Application, and no parties appeared or filed written objections.

Dated this ___ day of December 2010.

WHITE LAW CHARTERED

JOHN WHITE, ESQ.

WHITE LAW
CHARTERED
LAWYERS
20TH CENTURY BLDG.
335 W. FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228

3