John White, Esq., Bar #1741                    Document E-Filed On: 12/27/10
335 West First Street
Reno, NV 89503
Telephone: (775) 322-8000
Facsimile: (775) 322-1228
john@whitelawchartered.com
Attorney for Roger Pierre Baylocq

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

In re:                                         Chapter 11

ROGER PIERRE BAYLOCQ,                          CASE NO:  BK-N-10-51372-gwz

                                               CERTIFICATE OF SERVICE

                                               Date of Hearing: N/A


Debtor-in-Possession.
_____/

       I hereby certify that:

       On the 23rd day of December, 2010, I caused to be served a true and correct copy of

Debtor, Roger Pierre Baylocq's Amendment Cover Sheet and Amended Schedules A, C, and D,

as follows:

X a.  ECF System:
       Leo P. Bergin           lbergin@mcdonaldcarano.com

       Michael W. Chen         yvette@ccfirm.com; m rosales@ccfirm.com; tsharpe@ccfirm.com

       Richard G. Hill         greccelle@richardhillaw.com,cdetlie@richardhillaw.com

       Christopher D. Jaime     cjaime@mclrenolaw.com,kbernhardt@mclrenolaw.com

       Nhu Q. Nguyen           nnguyen@ag.nv.gov, rhooper@ag.nv.gov

       U.S. Trustee -RN-11        USTPRegion17.RE.ECF@usdoj.gov

       John White      Bankruptcy@whitelawchartered.com, john@whitelawcharterd.com

WHITE LAW
CHARTERED
LAWYERS
7TH CENTURY BLDG
35 W FIRST STREET
RENO, NV 89503

(775) 322-8000
(775) 322-1228

1

On December 27, 2010, I caused to be served the same Amendment Cover Sheet and

Amended Sechedules A, C and D, in the following manner:

X b. United States mail, postage fully prepaid, to the interested parties as follows:

        BAC Home Loans Servicing, LP

        c/o Prober & Raphael, A Law Corporation

        20750 Ventura Boulevard, Suite 100

        Woodland Hills, CA 91364

        Recovery Management Systems Corporation

        25 S.E. Second Avenue

        Ingraham Building, Suite 1120

        Miami, FL 33131-1605

I declare under penalty and perjury that the foregoing is true and correct.

        Signed on: December 27, 2010

                           Declarant, Carolyn Mortensen

                           Employee, White Law Chartered

WHITE LAW
CHARTERED
LAWYERS
7TH CENTURY BLDG.
35 W. FIRST STREET
RENO, NV 89503

(775) 322-8000
(775) 322-1228

2