John White, Esq., Bar #1741
335 West First Street
Reno, NV 89503
Telephone: (775) 322-8000
Facsimile: (775) 322-1228
john@whitelawchartered.com
Attorney for Roger Pierre Baylocq

Document E-Filed On: 12/27/10

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:

ROGER PIERRE BAYLOCQ,

Debtor-in-Possession.
_____/

Chapter 11

CASE NO: BK-N-10-51372-gwz

NOTICE OF AMENDMENTS TO SCHEDULE A, REAL PROPERTY, SCHEDULE C, PROPERTY CLAIMED AS EXEMPT, AND SCHEDULE D, CREDITORS HOLDING SECURED CLAIMS.

Date of Hearing: N/A

NOTICE IS HEREBY GIVEN that on December 23, 2010, Debtor, Roger Pierre Baylocq filed an Amendment Cover Sheet and Amended Schedules, with the following changes:

1. Amended Schedule A, *Real Property*, revised as follows:

    A. Added Delmonte Lane property (2370 Delmonte Lane, Reno, NV 89511; hereinafter "Delmonte property") on Amended Schedule A with current market value of $600,000.00;

    B. Removed from Amended Schedule A, the real property described as 835-875 Humboldt, Fallon, NV 89406;

    C. Total Value of Debtor's interest in Amended Schedule A is changed to $1,725,000.00.

2. Amended Schedule C, *Property Claimed as Exempt*, revised as follows:

    A. Gun is further described as Belgian Browning A-5 12 G, Serial No. 70G21779. Value of property is unchanged;

    B. Truck is further described as 1993 Ford F150 4X4. Value of property is unchanged;

    C. Delmonte property is added on Amended Schedule C at $550,000.00 as the value claimed exempt and $600,000.00, as current value without deducting exemption.

3. Amended Schedule D, *Creditors Holding Secured Claims*, revised as follows:

    A. Aspen Valley Christian Foundation is removed from Amended Schedule D;

    B. Suntrust Mortgage is added to Amended Schedule D with $1,004,950.62 as the amount of claim without deducting value of collateral and $400,000.00 as the unsecured portion amount;

    C. Total Amount on Amended Schedule D is also changed to $2,012,577.39

PLEASE TAKE FURTHER NOTICE that pursuant to the Bankruptcy Rule 1009(a), you have received this Notice because you either: (i) are an interested party or creditor as reflected in the Amended Schedules, or (ii) requested special notice in the Debtor's bankruptcy case. Debtor reserves the right to further amend, modify, or supplement the Schedules.

Dated this 27th day of December, 2010.

WHITE LAW CHARTERED

By: _____
John White, Esq.
Attorney for Debtor-in-possession

WHITE LAW
CHARTERED
LAWYERS
7TH CENTURY BLDG
35 W. FIRST STREET
RENO, NV 89503

(775) 322-8000
(775) 322-1228

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of December, 2010, I served a true and correct copy of the attached: NOTICE OF AMENDMENTS TO SCHEDULE A, REAL PROPERTY, SCHEDULE C, PROPERTY CLAIMED AS EXEMPT, AND SCHEDULE D, CREDITORS HOLDING SECURED CLAIMS, as follows:

X a. ECF System:

| | |
|---|---|
| Leo P. Bergin | lbergin@mcdonaldcarano.com |
| Michael W. Chen | yvette@ccfirm.com |
| Richard G. Hill | greccelle@richardhillaw.com, cdetlie@richardhillaw.com |
| Christopher D. Jaime | cjaime@mclrenolaw.com, kbernhardt@mclrenolaw.com |
| Nhu Q. Nguyen | nnguyen@ag.nv.gov, rhooper@ag.nv.gov |
| U.S. Trustee -RN-11 | USTPRegion17.RE.ECF@usdoj.gov |
| John White | Bankruptcy@whitelawchartered.com, john@whitelawcharterd.com |

X b. United States mail, postage fully prepaid, to the interested parties as follows:

BAC Home Loans Servicing, LP
c/o Prober & Raphael, A Law Corporation
20750 Ventura Boulevard, Suite 100
Woodland Hills, CA 91364

Recovery Management Systems Corporation
25 S.E. Second Avenue
Ingraham Building, Suite 1120
Miami, FL 33131-1605

I declare under penalty and perjury that the foregoing is true and correct.

Signed on: December 27, 2010

*Carolyn Mortensen*
Declarant, Carolyn Mortensen
Employee, White Law Chartered