John A. White
335 W.First St.
Reno, NV  89503
775-322-8000

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:   Roger Pierre Baylocq                    Case No.:  10-51372-gwz
                                                 Chapter:  11



                    Debtor(s)
_____

## AMENDMENT COVER SHEET

The following items have been amended in the above named bankruptcy proceeding (check all applicable boxes).

- _____ Voluntary Petition (specify reason for amendment)
- _____ Summary of Schedules
- _____ Statistical Summary of Certain Liabilities
- _____ Schedule A - Real Property
- _____ Schedule B - Personal Property
- ✓ Schedule C - Property Claimed as exempt  (Second Amended Schedule C)
- _____ Schedule D, E or F and/or Matrix, and/or List of Creditors or Equity Holders
  - _____ Add/delete creditor(s), change amount or classification of debt - $26.00 Fee required.
  - _____ Add/change address of already listed creditor - No fee
- _____ Schedule G - Executory Contracts and Unexpired Leases
- _____ Schedule H - CoDebtors
- _____ Schedule I - Current Income of Individual Debtor(s)
- _____ Schedule J - Current Expenditures of Individual Debtor(s)
- _____ Declaration Concerning Debtor's Schedules
- _____ Statement of Financial Affairs and/or Declaration
- _____ Chapter 7 Individual Debtor's Statement of Intention
- _____ Disclosure of Compensation of Attorney for Debtor(s)
- _____ Statement of Current Monthly Income and Means Test Calculation
- _____ Certification of Credit Counseling
- _____ Other:

**Amendment of debtor(s) Social Security Number requires the filer to follow the instructions provided by the Office of the U.S. Trustee, see link to the U.S. Trustee's website on our website: www.nvb.uscourts.gov**

### Declaration of Debtor

I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.

Date: 12/30/10 _____          _____
                        Debtor                         xxx
                                                   Joint Debtor

B 6C (Official Form 6C) (04/10)

In re   Roger Pierre Baylocq                    ,                    Case No.   10-51372
                    Debtor                                                          (If known)

## Second Amended
# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐  Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                               $146,450.*
☐  11 U.S.C. § 522(b)(2)
☐  11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Furniture and Clothes | 21.090 1(b) | 100% of Fair market value (not exceeding $12,000.00) | Furniture - $5,000.00 Clothes - $ 500.00 |
| Truck (1993 Ford F-150 4x4) | 21.090 1(f) | 100% of Fair Market Value not exceeding $15,000.00 | $ 500.00 |
| Books | 21.090 1(a) | 100% of Fair market value (not exceeding $5,000.00) | $500.00 |
| Gun (Belgian Browning A-5 12 G Serial No: 70G21779) | 21.090 1(i) | 100% of Fair market value | $1,500.00 |

* Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.