John White, Esq., Bar #1741
335 West First Street
Reno, NV 89503
Telephone: (775) 322-8000
Facsimile: (775) 322-1228
john@whitelawchartered.com
Attorney for Roger Pierre Baylocq

Document E-Filed On: 12/30/10

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:

ROGER PIERRE BAYLOCQ,

Debtor-in-Possession.

Chapter 11

CASE NO: BK-N-10-51372-gwz

NOTICE OF SECOND AMENDMENT TO SCHEDULE C, PROPERTY CLAIMED AS EXEMPT.

Date of Hearing: N/A

NOTICE IS HEREBY GIVEN that on December 30, 2010, Debtor, Roger Pierre Baylocq filed an Amendment Cover Sheet and *Second* Amended Schedule C, with the following changes:

1. Second Amended Schedule C, *Property Claimed as Exempt*, is revised as follows:

A. Furniture and Clothes. The Value of Claimed Exemption on third column is set forth as 100% of fair market value not exceeding the total amount of $12,000.00, as set forth in NRS 21.090 Section 1(b).

B. Books. The Value of Claimed Exemption on third column is set forth as 100% of fair market value not exceeding $5,000.00, as set forth in NRS 21.090 Section 1(a).

C. Gun. The Value of Claimed Exemption on third column is set forth as 100% of fair market value as set forth in NRS 21.090 Section 1(i).

1

D. Truck. The Value of Claimed Exemption on third column is set forth as 100% of fair market value not exceeding $15,000.00, as set forth in NRS 21.090 Section 1(f).

E. The property described as 2370 Delmonte Lane, Reno, NV 89511 is removed from the list on Amended Schedule C.

PLEASE TAKE FURTHER NOTICE that pursuant to the Bankruptcy Rule 1009(a), you have received this Notice because you either: (i) are an interested party or creditor as reflected in the Schedules, or (ii) requested special notice in the Debtor's bankruptcy case. Debtor reserves the right to further amend, modify, or supplement the Schedules.

Dated this 30th day of December, 2010.

WHITE LAW CHARTERED

By: _____
John White, Esq.
Attorney for Debtor-in-possession

WHITE LAW
CHARTERED
LAWYERS
20th CENTURY BLDG
335 W FIRST STREET
RENO NV 89503

T (775) 322 8000
F (775) 322 1228

2

CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of December, 2010, I served a true and correct copy of the attached: NOTICE OF AMENDMENTS TO SCHEDULE C, PROPERTY CLAIMED AS EXEMPT, as follows:

X a. ECF System:

| | |
|---|---|
| Leo P. Bergin | lbergin@mcdonaldcarano.com |
| Michael W. Chen | yvette@ccfirm.com |
| Richard G. Hill | greccelle@richardhillaw.com, cdetlie@richardhillaw.com |
| Christopher D. Jaime | cjaime@mclrenolaw.com, kbernhardt@mclrenolaw.com |
| Nhu Q. Nguyen | nnguyen@ag.nv.gov, rhooper@ag.nv.gov |
| U.S. Trustee -RN-11 | USTPRegion17.RE.ECF@usdoj.gov |
| John White | Bankruptcy@whitelawchartered.com, john@whitelawcharterd.com |

X b. United States mail, postage fully prepaid, to the interested parties as follows:

BAC Home Loans Servicing, LP
c/o Prober & Raphael, A Law Corporation
20750 Ventura Boulevard, Suite 100
Woodland Hills, CA 91364

Recovery Management Systems Corporation
25 S.E. Second Avenue
Ingraham Building, Suite 1120
Miami, FL 33131-1605

I declare under penalty and perjury that the foregoing is true and correct.

Signed on: December 30, 2010

_____
Declarant, John White,
Employee, White Law Chartered

3