John White, Esq., Bar #1741  
335 West First Street  
Reno, NV 89503  
Telephone: (775) 322-8000  
Facsimile: (775) 322-1228  
john@whitelawchartered.com  
Attorney for Roger Pierre Baylocq  

Document E-Filed On: 12/30/10

UNITED STATES BANKRUPTCY COURT  
DISTRICT OF NEVADA

In re:

ROGER PIERRE BAYLOCQ,

Debtor-in-Possession.
_____/

Chapter 11

CASE NO: BK-N-10-51372-gwz

CERTIFICATE OF SERVICE

Date of Hearing: N/A

I hereby certify that:

On the 30th day of December, 2010, I caused to be served a true and correct copy of Debtor, Roger Pierre Baylocq's: 1) Amendment Cover Sheet and Second Amended Schedule C, 2) Declaration Re: Electronic Filing of Second Amended Schedule C and 3) Declaration Re: Electronic Filing of Amended Schedules, A, C and D, as follows:

X a. ECF System:

| | |
|---|---|
| Leo P. Bergin | lbergin@mcdonaldcarano.com |
| Michael W. Chen | yvette@ccfirm.com; m_rosales@ccfirm.com; tsharpe@ccfirm.com |
| Richard G. Hill | greccelle@richardhillaw.com, cdetlie@richardhillaw.com |
| Christopher D. Jaime | cjaime@mclrenolaw.com, kbernhardt@mclrenolaw.com |
| Nhu Q. Nguyen | nnguyen@ag.nv.gov, rhooper@ag.nv.gov |
| U.S. Trustee -RN-11 | USTPRegion17.RE.ECF@usdoj.gov |
| John White | Bankruptcy@whitelawchartered.com, john@whitelawcharterd.com |

1

X b. United States mail, postage fully prepaid, to the interested parties as follows:

    BAC Home Loans Servicing, LP
    c/o Prober & Raphael, A Law Corporation
    20750 Ventura Boulevard, Suite 100
    Woodland Hills, CA 91364

    Recovery Management Systems Corporation
    25 S.E. Second Avenue
    Ingraham Building, Suite 1120
    Miami, FL 33131-1605

I declare under penalty and perjury that the foregoing is true and correct.

Signed on: December 30, 2010

                                              Declarant, John White, Esq.
                                              Employee, White Law Chartered

WHITE LAW CHARTERED LAWYERS
20th CENTURY BLDG
335 W FIRST STREET
RENO NV 89503
T (775) 322 8000
F (775) 322 1228