**Exhibit C**

| Class | Creditor | Description of Property | Fair Market Value | Secured Debt | Unsecured Debt | Insider | Impaired | Original Note and Terms | Treatment |
|---|---|---|---|---|---|---|---|---|---|
| 1 | PABST | GateWay Inn<br>1275 Stardust St<br>Reno, NV 89503<br>1st note on 100 Unit Motel | $ 1,430,000 | $ 1,030,000 | $ 0 | No | Yes | Date 4/1/2001<br>Amt $1,750,000<br>Terms 15 yr @ 8%<br>Payt $16,637 Mo | Note for $1,030,000 / beginning 4/1/<br>amortized 15 yrs<br>interest rate at 8%<br>payable at appx $10,212 mo.<br>int only payts until 4/1/12 |
| 2 | PURA | 1490/92 W. 7th St<br>Reno, NV 89503<br>1st note on 2B/1BA Duplex | $ 150,000 | $ 32,000 | $ 0 | No | Yes | Date 10/30/97<br>Amt $120,000<br>Terms 15 yr @ 6%<br>Payt $1,153 Mo | Note for $32,000 / amortized over ?<br>interest rate at 6%<br>payable at appx $700 mo. |
| 3 | Bank of America | 1490/92 W. 7th St<br>Reno, Nv 89503<br>2nd Note on above Duplex | 150,000 | $ 118,000 | $ 76,000 | No | Yes | Date 3/10/06<br>Amt $200,000<br>Terms 15 yr ARM<br>Payt variable interest/presently 3.75% | w Note for $118,000 / amortized 15<br>interest rate 3.75%<br>payable at appx $500 mo. |
| 4 | Sun Trust Mtg | 2370 Delmonte<br>Reno, NV 89511<br>Debtors Residence 2,200 sq. ft.<br>plus 5 legal apts | $ 600,000 | $ 600,000 | $ 400,000 | No | Yes | Date 9/1/2005<br>Amt $900,000<br>Terms 20yr @ 6.5% fixed<br>Payt $6,500 | w Note for $600,000 / amortized 30<br>interest rate 4%<br>payable at appx $2,700 mo. |
| 5 | Harvest Time Foundation | 871-879 McLean St<br>Fallon, NV<br>closed mobile homes<br>land value only on 1.5 acres | $ 200,000 | $ 200,000 | $ 225,000 | No | Yes | Date 9/27/06<br>Amt $425,000<br>Terms 5 yr @ 10%<br>Payt $$3,600 mo | New Note for $200,000<br>int rate 4% / int only in 5 yrs<br>Payable at appx $667 mo. |
| 6 | Corolla | 845 McLean/840 Cleveland<br>Fallon, NV<br>4 single family homes<br>1 duplex on 2.2 acres | 200,000 | $ 200,000 | $ 0 | No | Yes | Date 9/28/2008<br>Amt $200,000<br>Term 5yrs @ 12%<br>Payt $2,400 | New Note for $200,000<br>int rate 6% / int only 5 yrs.<br>Payable at appx $1,000 mo |