John White, Esq., #1741  
White Law Chartered  
335 West First Street  
Reno, NV 89503  
775-322-8000  
775-322-1228 (fax)  
john@whitelawchartered.com  
Attorney for Debtor  

E-filed: 2/7/11

UNITED STATES BANKRUPTCY COURT  
DISTRICT OF NEVADA

| | |
|---|---|
| In re: | CASE NO: BK-N-10-51372 |
| ROGER PIERRE BAYLOCQ, | Chapter 11 |
| | EX PARTE MOTION FOR ORDER 1) CONDITIONALLY APPROVING DEBTOR'S DISCLOSURE STATEMENT WITHOUT A HEARING, AND 2) SETTING A COMBINED HEARING ON FINAL APPROVAL OF THE DISCLOSURE STATEMENT AND CONFIRMATION OF THE PLAN WITHIN 45 DAYS HEREOF. |
| Debtor | |

No Hearing Required

COMES NOW, DEBTOR ABOVE-NAMED ("Debtor"), pursuant to 11 USC Sec. 1129 (e), Bank.R.Civ.P. 3017 and LR3017, ex parte who seeks an order conditionally approving disclosure statement, setting a combined hearing for final approval of the disclosure statement and for confirmation of the plan, and setting required dates and times.

This pertains to and incorporates Debtor's Feb. 7, 2011 Disclosure Statement ("Disclosure Statement") and a Plan of Reorganization attached thereto which has been separately filed herein on this date.

This Case may qualify as a Small Business Case. 11 USC Sec. 1129 (e) sets a plan approval deadline no later than 45 days of its filing in a Small Business Case. Further, 11 USC requires the filing of a Plan within 300 days of the Petition date. The voluntary petition in

WHITE LAW CHARTERED  
LAWYERS  
20TH CENTURY BLDG.  
335 W. FIRST STREET  
RENO, NV 89503  

T (775) 322-8000  
F (775) 322-1228

1

this case was filed on April 15, 2010, making the 300th day February 9th, 2011. It is therefore respectfully requested that the hearing on the Disclosure Statement and Plan be combined and that the combined hearing be set at a date and time on or before March 24, 2011, if this Court's calendar permits. Debtor further requests that the Court determine a time for the filing of any objections to the Plan or Disclosure Statement and a ballot deadline.

Dated this ___ day of February, 2011.

John White, Esq.

Certificate of Counsel

I, John White, certify that I am counsel for the above-named debtor, and that to my best information and brief:

(i) the circumstances that favor the preliminary approval of the disclosure statement: This is a cash-strapped individual Chapter 11 case with a struggling debtor who cannot afford two hearings. Further, it would be nearly impossible to meet that 11 USC sec. 1129(e) 45 day confirmation deadline if two hearings are required, Fed.R.Bank.P. 3017 requiring 28 days' notice for each.

(ii) Total creditors, value and information;

The total number of creditors is 21, 7 of whom are secured. The gross value of debtor's assets as set forth in the Schedules is $2,420,500.00; and

(iii) that the proposed disclosure statement contains the information required by Official Form 25B.

Dated February __, 2011.

John White, Esq.

WHITE LAW CHARTERED LAWYERS
20TH CENTURY BLDG.
335 W. FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228

2