Stephanie L. Cooper, Esquire  
Nevada Bar No. 5919  
Michael W. Chen, Esquire  
Nevada Bar No. 7307  
THE COOPER CASTLE LAW FIRM  
A Multi-Jurisdictional Law Firm  
820 South Valley View Blvd.  
Las Vegas, NV 89107  
(702) 435-4175/(702) 435 4181 (facsimile)  
Loan No.  xxxxxx5907 / Our File No. 10-06-6997-

Attorney for Secured Creditor,  
SunTrust Mortgage Inc.

ECF FILED ON February 23, 2011

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

In re:

ROGER PIERRE BAYLOCQ  
    Debtor(s)

CHAPTER 11  
BANKRUPTCY NO.: 10-51372-GWZ  
DATE: N/A  
TIME: N/A

### WITHDRAWAL OF PROOF OF CLAIM

TO:  Roger Pierre Baylocq    DEBTORS  
TO:  JOHN WHITE, ESQ.    ATTORNEY FOR THE DEBTOR(S)  
TO:  U.S. TRUSTEE-LV-11    CHAPTER 11 TRUSTEE  
TO:  ALL INTERESTED PARTIES  
TO:  THE CLERK OF THE ABOVE ENTITLED COURT

NOTICE IS HEREBY GIVEN that the Secured Creditor's PROOF OF CLAIM, that was filed herein on June 11, 2010 by Stephanie L. Cooper, Esq., attorney for Secured Creditor, SunTrust Mortgage Inc. is hereby withdrawn.

**Date: February 23, 2011**

/s/ *Michael W. Chen*  
Stephanie L. Cooper, Esquire  
Michael W. Chen, Esquire  
Attorney for Secured Creditor  
SunTrust Mortgage Inc.

- 1 -

## CERTIFICATE OF SERVICE

The undersigned hereby declares and certifies that on February 23, 2011, a copy of the Secured Creditors Withdrawal of the Proof of Claim was served on the following parties by electronically mailing to:

| | |
|---|---|
| JOHN WHITE, ESQ. | U.S. TRUSTEE-LV-11 |
| bankruptcy@whitelawchartered.com | USTPRegion17.LV.ECF@usdoj.gov |

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Tyler Sharpe
An employee of THE COOPER CASTLE LAW FIRM