# Exhibit B

| PROPERTY RENO, NV | 2007 | 2008 | 2009 | 2010 | 2011 | 2012-2016 |
|---|---|---|---|---|---|---|
| **2370 Delmonte** | | | | | | |
| Income | 33,400 | 22,600 | 17,050 | 0 | 37,200 | 42,400 |
| Debt Service | 53,500 | 33,445 | 0 | 0 | 29,864 | 32,400 |
| Expenses | 11,000 | 10,870 | 7,400 | 1,800 | 9,000 | 9,000 |
| Property Taxes | 4,500 | 4,868 | 0 | 0 | 4,500 | 4,000 |
| Net Cash Flow | <35,600> | <14,738> | 9,650 | <1,800> | <5,164> | <2,000> |
| **Gateway Inn** | | | | | | |
| Income | 737,348 | 598,026 | 463,755 | 388,000 | 400,000 | 450,000 |
| Debt Service | 200,088 | 148,667 | 144,000 | 89,400 | 82,800 | 112,608 |
| Expenses | 391,838 | 512,709 | 339,002 | 251,300 | 250,000 | 250,000 |
| Property Taxes | 28,000 | 27,655 | 0 | 15,300 | 22,000 | 17,000 |
| Net Cash Flow | 117,422 | <63,314> | <19,247> | 32,000 | 45,200 | 70,392 |
| **1490/92 West 7th St.** | | | | | | |
| Income | 19,200 | 17,500 | 9,000 | 11,250 | 18,000 | 18,000 |
| Debt Service | 13,836 | 13,836 | 13,836 | 4,953 | 10,264 | 14,400 |
| Expenses | 2,083 | 1,737 | 0 | 6177 | 500 | 2,000 |
| Property Taxes | 1,416 | 570 | 0 | 1,332 | 850 | 700 |
| Net Cash Flow | 1,865 | 1,357 | <4,836> | <1,212> | 6,386 | 900 |

| PROPERTY | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 - 2016 |
|---|---|---|---|---|---|---|
| **FALLON, NV** | | | | | | |
| 840 Cleveland | | | | | | |
| 845 McLean | | | | | | |
| Income | 10,140 | 4,800 | 4,225 | 0 | 24,000 | 39,000 |
| Debt Service | 0 | 3,996 | 7,924 | 0 | 16,000 | 16,000 |
| Expenses | 2,598 | 1,826 | 0 | 0 | 5,000 | 5,000 |
| Property Taxes | 1,262 | 1,485 | 0 | 0 | 1,000 | 2,000 |
| Net Cash Flow | 7,780 | <3,407> | <3,699> | 0 | 2,000 | 16,000 |
| **BUTTE CITY, CA** | | | | | | |
| 8291/8293 Hwy 162 | | | | | | |
| Income | 0 | 0 | 1,600 | 1,600 | 3,600 | 4,800 |
| Debt Service | 0 | 0 | 0 | 0 | 0 | 0 |
| Expenses | 1,028 | 965 | 0 | 0 | 0 | 0 |
| Property Taxes | 1,445 | 0 | 0 | 200 | 300 | 300 |
| Net Cash Flow | <2,473> | <965> | 1,600 | 1,400 | 3,300 | 4,500 |