| | |
|---|---|
| John White, Esq.<br>White Law Chartered<br>335 West First Street<br>Reno, NV 89503<br>775-322-8000<br>775-322-1228 (Fax)<br>john@whitelawchartered.com<br>Counsel for the Roger P. Baylocq | E-filed on March 4, 2011 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:

ROGER P. BAYLOCQ                    )    CASE NO: BK-N-10-51372-gwz
                                    )
                                    )    Chapter 11
                                    )
Debtor in Possession                )    NOTICE OF HEARING
                                    )    Hearing Date: May 31, 2011
                                    )    Time: 3:00 p.m.
_____/    )    Estimated time: 1 hour

NOTICE IS HEREBY GIVEN that a DISCLOSURE STATEMENT was filed by the Debtor herein on March 4, 2011. Any Opposition must be filed pursuant to Local Rule 9014 (d)(1).

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the pleading, or if you want the court to consider your views on the pleading, then you must file an opposition with the court, and serve a copy on the person making the pleading *no later than 14 days* preceding the date set for the hearing, unless an exception applies (see Local Rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice. If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

WHITE LAW CHARTERED LAWYERS
20TH CENTURY BLDG.
335 W. FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228

1

- The court may *refuse to allow you to speak* at the scheduled hearing: and
- The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing on the Disclosure Statement will be held before a United States Bankruptcy Judge, in the Clifton Young Federal Building, 300 Booth Street, 5th Floor, Bankruptcy Courtroom One, Reno, Nevada 89509 on May 31, 2011 at the hour of 3:00 p.m.

DATED: March 4, 2011.

WHITE LAW CHARTERED

By: _____
John White, Esq.

2