B 10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT | District of Nevada | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor:<br>Roger Pierre Bayloca | RECEIVED AND FILED<br>2010 OCT -8  AM 11:51<br>BANKRUPTCY COURT<br>MARY A. SCHOTT CLERK | Case Number:<br>10-51372 |
|---|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>City of Reno | ☑ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent:<br>City of Reno - Sewer Fees - Acct#307082-001<br>P.O. Box 1900<br>Reno, NV  89505-1900 | Court Claim Number:_____<br>(*If known*) |
| Telephone number:<br>(775) 326-6650 | Filed on:_____ |
| Name and address where payment should be sent (if different from above):<br><br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

| | |
|---|---|
| **1. Amount of Claim as of Date Case Filed:**  $ 1,142.49 | **5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.** |
| If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4. | |
| If all or part of your claim is entitled to priority, complete item 5. | Specify the priority of the claim. |
| ☑ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | ☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). |
| **2. Basis for Claim:**   Sewer User Fees<br>(See instruction #2 on reverse side.) | ☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4). |
| **3. Last four digits of any number by which creditor identifies debtor:** 7082<br><br>**3a. Debtor may have scheduled account as:** _____<br>(See instruction #3a on reverse side.) | |
| **4. Secured Claim** (See instruction #4 on reverse side.)<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information. | ☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5). |
| **Nature of property or right of setoff:**  ☐ Real Estate    ☐ Motor Vehicle    ☑ Other<br>**Describe:** | ☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7). |
| **Value of Property:**$_____  **Annual Interest Rate**_____%<br><br>**Amount of arrearage and other charges as of time case filed included in secured claim,**<br><br>if any: $_____   **Basis for perfection:** _____ | |
| **Amount of Secured Claim:** $ 1,142.49   **Amount Unsecured:** $_____ | ☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8). |
| **6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. | ☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__). |
| **7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*) | **Amount entitled to priority:**<br><br>$_____ |
| DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.<br><br>If the documents are not available, please explain: | *Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.* |

| | | |
|---|---|---|
| Date: 10/8/10 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br><br>Revenue Program Manager | FOR COURT USE ONLY |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**Sec. 2.140  General powers of City Council.**

1. Except as otherwise provided in subsection 2 and section 2.150, the City Council may:

(a) Acquire, control, improve and dispose of any real or personal property for the use of the City, its residents and visitors.

(b) Except as otherwise provided in NRS 598D.150 and 640C.100, regulate and impose a license tax for revenue upon all businesses, trades and professions.

(c) Provide or grant franchises for public transportation and utilities.

(d) Appropriate money for advertising and publicity and for the support of a municipal band.

(e) Enact and enforce any police, fire, traffic, health, sanitary or other measure which does not conflict with the general laws of the State of Nevada. An offense that is made a misdemeanor by the laws of the State of Nevada shall also be deemed to be a misdemeanor against the City whenever the offense is committed within the City.

(f) Fix the rate to be paid for any utility service provided by the City as a public enterprise. Any charges due for services, facilities or commodities furnished by any utility owned by the City is a lien upon the property to which the service is rendered and is perfected by filing with the County Recorder a statement by the City Clerk of the amount due and unpaid and describing the property subject to the lien. Any such lien is:

(1) Coequal with the latest lien upon the property to secure the payment of general taxes.

(2) Not subject to extinguishment by the sale of any property on account of the nonpayment of general taxes.

(3) Prior and superior to all liens, claims, encumbrances and titles other than the liens of assessments and general taxes.

2. The City Council:

(a) Shall not sell telecommunication service to the general public.

(b) May purchase or construct facilities for providing telecommunication that intersect with public rights-of-way if the governing body:

(1) Conducts a study to evaluate the costs and benefits associated with purchasing or constructing the facilities; and

(2) Determines from the results of the study that the purchase or construction is in the interest of the general public.

3. Any information relating to the study conducted pursuant to subsection 2 must be maintained by the City Clerk and made available for public inspection during the business hours of the Office of the City Clerk.

4. Notwithstanding the provisions of paragraph (a) of subsection 2, an airport may sell telecommunication service to the general public.

5. As used in this section:

(a) "Telecommunication" has the meaning ascribed to it in NRS 704.025.

(b) "Telecommunication service" has the meaning ascribed to it in NRS 704.028.

(Ch. 662, Stats. 1971 p. 1968; A—Ch. 553, Stats. 1973 p. 878; Ch. 561, Stats. 1977 p. 1393; Ch. 104, Stats. 1991 p. 174; Ch. 565, Stats. 1997 p. 2761; Ch. 327, Stats. 1999 p. 1367; Ch 416, Stats. 2001 p. 2105; Ch. 465, Stats. 2003 p. 2899; Ch. 325, Stats. 2005 p. 1143; Ch. 216, Stats. 2007 p. 726)

<u>Sec. 12.16.440.</u> - Method of collection of delinquent charges.

(a)

All charges imposed by this chapter become a lien against the property serviced, until paid.

(b)

In addition to the foregoing, the sewer service commission may, after a determination has been made at a publicly noticed meeting of the name of the person chargeable, the premises, and the delinquent charges due, order the sewer connection to be severed for default in payment of sewer fees and the cost of such severance assessed to the person chargeable for the sewer fees.

(c)

In addition to the foregoing, the City of Reno Finance Department may cause to have a person's delinquent charges for sewerage collected on the county's tax roll in the same manner, by the same persons, and at the same time as, together with and not separately from, the county's general taxes. The City of Reno Finance Department shall have the right to collect from such person(s) four percent of the amount of the delinquent charges for sewerage to be collected on the tax roll or the amount estimated by the county treasurer which is necessary to collect and distribute those delinquent charges, whichever is greater.

*(Ord. No. 2899, § 1 (7.20.077), 8-25-80; Ord. No. 4543, § 1, 8-8-95; Ord. No. 4623, § 1, 4-23-96)*

# Transaction Statement

## Service Address
1490-1492 W 7TH St **
Reno, NV 89503

**CITY OF RENO**
*Sewer Division*
*PO Box 1900*
*Reno NV 89505*
*775 334 2095*
*renosewer@reno.gov*

## Mailing Address

ROGER  BAYLOCQ
1275 STARDUST ST
RENO, NV 89503

**Payment Due Date:    September 30, 2010**

| Account Number | Amount Due |
| --- | --- |
| 307082-001 | $1,142.49 |

| Account Number | From - Through | Services |
| --- | --- | --- |
| 307082-001 | 01/01/2010 - 04/15/2010 | Single & Multi Family Residentia |

## Service Address
1490-1492 W 7TH St **
Reno, NV 89503

## Beginning Balance
$583.25

| Date | Type | Amount | Description |
| --- | --- | --- | --- |
| 01/01/2010 | Bill | $172.62 | Due Date 03/31/2010 |
| 01/01/2010 | Penalty | $87.49 | |
| 04/01/2010 | Bill | $172.62 | Due Date 06/30/2010 |
| 04/01/2010 | Penalty | $126.51 | |

## Total Due
$1,142.49

# Transaction Statement

| Account Number | 307082-001 |
| --- | --- |