John White, Esq., S.B.#1741  
White Law Chartered  
Twentieth Century Building  
335 West First St.  
Reno, NV 89503  
775-322-8000  
775-322-1228 (Fax)  
john@whitelawchartered.com  
Attorney for Debtor-in-Possession

E-filed on May 25, 2011

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:

ROGER PIERRE BAYLOCQ,

        Debtor-in-Possession.

_____/

CASE NO: BK-N-10-51372-gwz

Chapter 11

**ROGER PIERRE BAYLOCQ'S MAY 25, 2011, SUPPLEMENT TO HIS MARCH 4, 2011 DISCLOSURE STATEMENT AND PLAN.**

Hearing Date:  May 31, 2011  
Hearing Time:  3:00 pm  
Time Required:  1 hour

COMES NOW DEBTOR, ABOVE NAMED who supplements his March 4, 2011 Disclosure Statement as follows:

FIRST MODIFICATION (CLASS 4 - DELMONTE):

Explanation: Debtor and SunTrust Mortgage disagree over the ownership of 2370 Delmonte Lane, a property with a home and 5 apartments, income from which is critical to the Debtor's Plan. On May 3, 2011, Debtor submitted to counsel for SunTrust and US Bank its "2370 Delmonte Renovation Plan", attached hereto as Exhibit A, providing a more detailed proposed Plan treatment of this property, which proposal has not yet been accepted or rejected by SunTrust. If it appears during the scheduled May 31 disclosure statement hearing that this

1

title matter remains unresolved, Debtor has informed counsel for SunTrust that he will seek a continuance in open court for the sole purpose of allowing SunTrust sufficient time to evaluate Debtor's 2370 Delmonte Renovation Plan and otherwise determining issues relating to the treatment of SunTrust's claim

Modification: Debtor adds the following at the end of the fourth full paragraph of Paragraph 3.2 of the Disclosure Statement "Attached hereto is additional language providing for Plan Debtor treatment of the Sun Trust Claim (Class 4), being Debtor's detailed •2370 Delmonte Renovation Plan.' A copy of the 2370 Delmonte Renovation Plan, including the attached exhibits, is attached hereto as Exhibit A and incorporated herein at this place.

Modification: At the end of paragraph 3.3 (Legal Proceedings"), add:

"Debtor has filed or will file an adversary proceeding in this court seeking an order quieting title to his Delmonte property, for the following reasons:

1. He received no notice of the trustee's sale;
2. The June 4, 2009 foreclosure sale was otherwise defective because the property was purchased at the foreclosure sale by SunTrust but the Trustee's deed vests title in U.S. Bank;
3. SunTrust, claiming under oath that it owned 2370 Delmonte, filed a million dollar claim herein (Claim 16) on June 6, 2010, and did not withdraw the claim until 2/23/11, being a time after Debtor had filed its initial disclosure statement and plan relying on the income from the 5 Delmonte apartments. It is estopped to now claim that the Trustee's deed to US Bank (recorded 7/14/2009 following a June 4, 2009 foreclosure sale) is now valid, particularly as its agent conducted the foreclosure sale, prepared the Trustee's Deed and filed Claim 16 herein. "

WHITE LAW
CHARTERED
LAWYERS
7TH CENTURY BLDG
35 W. FIRST STREET
RENO, NV 89503

(775) 322-8000
(775) 322-1228

2

SECOND MODIFICATION (CLASS 6)

Explanation:  On May 17, 2011, Phillip Hosking, Trustee of the Hosking Family Trust, filed a Limited Objection asserting that he and not Ronald Corolla was the proper Class 6 Claimant.  Debtor consents to the Limited Objection and therefore makes the following modification:

Modification:  Paragraph 6.1 (Class 6) of the Disclosure Statement is amended to reflect the pre-petition assignment of the Ronald Corolla $200,000 claim, secured by 845 McLean/840 Cleveland, Fallon, NV to Phillip Hosking, Trustee of the Hosking Family Trust.

Subparagraph B(6) of Article III (Classification of Claims) and Paragraph C (Classified Claims), Class 6:  Ronald Corolla (Secured)) of Article IV (Treatment of Claims) of the Plan will also be corrected to reflect that the Class 6 claim is owned by Phillip Hosking, Trustee of the Hosking Family Trust.

Dated: May 25, 2011.

ROGER PIERRE BAYLOCQ

Submitted by:
White Law Chartered

By: John White, Esq.

WHITE LAW CHARTERED
LAWYERS
7TH CENTURY BLDG
335 W. FIRST STREET
RENO, NV 89503

(775) 322-8000
(775) 322-1228

3

```
Label Matrix for local noticing          Aspen Valley Christian Foundation        BAC Home Loans Servicing, LP c/o Prober & Ra
0978-3                                   c/o Christopher D. Jaime, Esq.           20750 Ventura Boulevard, Suuite 100
Case 10-51372-gwz                        Maupin, Cox & LeGoy                      Woodland Hills, CA 91364-2338
District of Nevada                       4785 Caughlin Parkway
Reno                                     Reno, NV 89519-0906
Tue May 24 09:58:50 PDT 2011

CHASE HOME FINANCE, LLC                  CHASE MORTGAGE COMPANY S/B/M CHASE HOME FINA   CITY OF RENO
THE COOPER CASTLE LAW FIRM               THE COOPER CASTLE LAW FIRM, LLP          City of Reno
820 S VALLEY VIEW BLVD.                  820 S. VALLEY VIEW BLVD                  1 E. 1st St., 2nd Floor
LAS VEGAS, NV 89107-4411                 LAS VEGAS, NV 89107-4411                 P.O. Box 1900
                                                                                  RENO, NV 89505-1900

DIRECTOR OF THE FIRM FOUNDATION          Harvest Time Foundation                  RECOVERY MANAGEMENT SYSTEMS CORPORATION
c/o RICHARD G. HILL, CHARTERED           c/o Christopher D. Jaime, Esq.           25 S.E. SECOND AVENUE
652 Forest Street                        Maupin, Cox & LeGoy                      INGRAHAM BUILDING, SUITE 1120
Reno, NV 89509-1701                      4785 Caughlin Parkway                    MIAMI, FL 33131-1506
                                         Reno, NV 89519-0906

SUNTRUST MORTGAGE, INC.                  U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FO   U.S. TRUSTEE - RN - 11 11
THE COOPER CASTLE LAW FIRM, LLP          THE COOPER CASTLE LAW FIRM, LLP          300 BOOTH STREET, STE 3009
820 S. VALLEY VIEW                       820 S. VALLEY VIEW BLVD                  RENO, NV 89509-1362
LAS VEGAS, NV 89107-4411                 LAS VEGAS, NV 89107-4411


United States Bankruptcy Court           AT&T                                     American Express
300 Booth Street                         Acct# 436050165924                       c/o: Redline Recovery Services
Reno, NV 89509-1360                      P.O. Box 515188                          Acct# 3717314 816 52007
                                         Los Angeles, CA 90051-5188               11675 Rainwater Dr. #350
                                                                                  Alpharetta, GA 30009-8693

Aspen Valley Christian Foundation        B & C Builders Supply Co                 Bank of America
c/o: Evergreen Note Servicing            543 Overmyer Road,                       Acct# 118527374
Acct# 1070001581300                      Sparks, NV 89431-6440                    P.O. Box 515504
295 Holcomb Ave #3                                                                Los Angeles, CA 90051-6804
Reno, NV 89502-1085


Bank of America Servicing, LP            CHASE MORTGAGE COMPANY                   COLLECTION SERVICE OF NEVADA
c/o BAC Home Loans Servicing, LP         S/B/M CHASE HOME FINANCE, LLC            777 FOREST ST
1757 Tapo Canyon Road                    PP-G7 BANKRUPTCY PAYMENT PROCESSING      RENO, NV 89509-1711
Mail Stop: CA6-913-01-01                 3415 VISION DRIVE
Simi Valley, CA 93063-3390               COLUMBUS, OH 43219-6009


Casey D. Baker, Esq.                     Christopher D. Jaime, Esq.               Churchill County Treasurer
Richard G. Hill, Chartered               Maupin, Cox & LeGoy                      155 N. Taylor Street, # 110
P.O. Box 2551                            P.O. Box 30000                           Fallon, NV 89406-2763
Reno, NV 89505-2551                      Reno, NV 89520-3000


City of Reno                             City of Reno                             (c)DIRECTOR OF THE FIRM FOUNDATION, TRUSTEE
Attn: Code Enforcement                   Attn: Sewer Fees                         CASE NO. CV09-02012
Cit# ENF10.PO464                         Acct# 307082-001                         1919 SW 25TH AVE
P.O. Box 1900                            P.O. Box 1900                            BATTLE GROUND WA  98604-3137
Reno, NV 89505-1900                      Reno, NV 89505-1900


Dorothy Pabst                            Dorothy Pabst                            FPC Financial, f.s.b.
c/o John Pabst                           c/o: Evergreen Note Servicing            PO Box 6600
12519 Sora Way                           Acct# 1010-22-00014566                   Johnston, IA 50131-6600
San Diego CA 92129-4144                  P.O. Box 21417
                                         Reno, NV 89515-1417
```

```
Farm Plan                              Fred & Florence Pura                   GE Money Bank
PO Box 5328                            c/o: Allied I/C                        c/o Recovery Management Systems Corp.
Madison, WI 53705-0328                 Acct# 10710100004553                   Att'n Ramesh Singh
                                       6121 Lakeside Dr. #150                 25 SE 2nd Ave., Suite 1120
                                       Reno, NV 89511-8533                    Miami, FL 33131-1605


Harvest Time Foundation                (p)INTERNAL REVENUE SERVICE            Leo P. Bergin
c/o: Evergreen Note Servicing          CENTRALIZED INSOLVENCY OPERATIONS      McDonald Carano Wilson LLP
Acct# 891 McClean                      PO BOX 7346                            P.O.Box 2670
295 Holcomb Ave #3                     PHILADELPHIA PA 19101-7346             Reno, NV 89505-2670
Reno, NV 89502-1085


Michael W. Chen, Esq.                  NHU NGUYEN SR.                         NV Dept. of Employment, Training & Rehab
For Chase Home Finance, LLC            100 NORTH CARSON ST                    Employment Security Division
The Cooper Castle Law Firm             CARSON CITY, NV 89701-4717             500 East Third Street
820 South Valley View Blvd.                                                   Carson City, NV 89713-0002
Las Vegas, NV 89107-4411


NV Dept. of Motor Vehicles             NV Dept. of Taxation                   (p)NV ENERGY
ATTN: Legal Division                   Bankruptcy Section                     ATTN YVONNE ENOS
555 Wright Way                         4600 Kietzke Lane, Suite L-235         PO BOX 10100
Carson City, NV 89711-0002             Reno, NV 89502-5045                    RENO NV 89520-0024


NV Labor Commission                    Nevada Power Company dba NV Energy     Nhu Q. Nguyen, Sr. Deputy Attorney General
675 Fairview Drive, Suite 226          Attn: Yvonne Enos                      Office of The Nevada Attorney General
Carson City, NV 89701-5474             P.O. Box 10100                         100 North Carson Street
                                       Reno, NV 89520-0024                    Carson City, NV 89701-4717


Platte River Insurance Co.             Prober & Raphael, A Law Corp.          Recovery Management Systems Corporation
c/o: JOMAX                             20750 Ventura Boulevard, Suite 100     25 S.E. 2nd Avenue, Suite 1120
Acct# 140918-02                        Woodland Hills, CA 91364-6207          Miami, FL 33131-1605
20325 N 51st Ave. #134
Glendale, AZ 85308-5677


Richard G. Hill, Esq.                  Ronald Corolla                         Royal Inn of Reno Limited Partnership
Case No. CV09-02010                    c/o: Allied I/C                        c/o Leo P. Bergin
P.O. Box 2551                          Acct# 107002006582                     McDonald Carano Wilson LP
Reno, NV 89505-2551                    6121 Lakeside Dr. #150                 PO Box 2670
                                       Reno, NV 89511-8533                    Reno, NV 89505-2670


SPB Utility Service, Inc.              SUNTRUST MORTGAGE INC.                 (p)US BANK
Acct# 00779108                         P.O. BOX 27767                         PO BOX 5229
P.O. Box 3559                          RVW 3034                               CINCINNATI OH 45201-5229
Reno, NV 89505-3559                    RICHMOND, VA 23261-7767


US Bank                                (c)UNITED STATES TRUSTEE               WASTE MANAGEMENT - 4MC
c/o: Associated Creditor Exchange      300 BOOTH ST STE 3009                  2625 W. GRANDVIEW RD. STE.150
Acct# 4833 4980 0002 0694              RENO NV  89509-1360                    PHOENIX, AZ 85023-3113
P.O. Box 33130
Phoenix, AZ 85067-3130


WATERS Septic Service                  Washoe County Treasurer                Waste Management, Inc.
c/o: Collection Service of Nevada      P.O. Box 30039                         Accts# 1149-9, 1149-2, 1149-1
Acct# 439056                           Reno, NV 89520-3039                    P.O. Box 541008
777 Forest Street                                                             Los Angeles, CA 90054-1008
Reno, NV 89509-1711
```

| | | |
|---|---|---|
| Wells Fargo Bank<br>Acct# F-114-8-3714300731<br>P.O. Box 3908<br>Portland, OR 97208-3908 | Wells Fargo Bank, N.A.<br>BDD Bankruptcy Dept,<br>MAC S4101-08C<br>100 W. Washington Street<br>Phoenix, AZ 85003-1805 | Wells Fargo Bank, N.A.<br>P. O. Box 14469 MAC X2303-01M<br>Des Moines, IA 50306-3469 |
| Bert Van Komen<br>c/o Christopher D. Jaime, Esq.<br>Maupin, Cox & LeGoy<br>4785 Caughlin Parkway<br>Reno, NV 89519-0906 | DOROTHY PABST<br>C/O LEO BERGIN/ MCDONALD CARANO WILSON<br>100 W LIBERTY ST., 10TH FLR<br>RENO, NV 89501-1989 | Emma Van Komen<br>c/o Christopher D. Jaime, Esq.<br>Maupin, Cox & LeGoy<br>4785 Caughlin Parkway<br>Reno, NV 89519-0906 |
| JOHN WHITE<br>335 W FIRST ST<br>RENO, NV 89503-5301 | PHILLIP HOSKING<br>c/o Law Offices of Amy N. Tirre, APC<br>3715 Lakeside Drive, Suite A<br>Reno, NV 89509-5349 | ROGER PIERRE BAYLOCQ<br>1275 STARDUST STREET<br>RENO, NV 89503-4227 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Internal Revenue Service<br>P.O. Box 21126<br>DPN 781<br>Philadelphia, PA 19114 | NV Energy<br>P.O. Box 30065<br>Reno, NV 89520-3065 | U.S. Bank N.A.<br>P.O. Box 5229<br>Cincinnati, OH 45201 |

Addresses marked (c) above for the following entity/entities were corrected as required by the USPS Locatable Address Conversion System (LACS).

| | |
|---|---|
| Director of the Firm Foundation, Trustee<br>Case No. CV09-02012<br>19919 Northeast 107th Avenue<br>Battle Ground, WA 98604-7451 | United States Trustee<br>300 Booth Street #2129<br>Reno, NV 89509 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)State of Nevada<br>Division of Environmental Protection | (d)HARVEST TIME FOUNDATION<br>c/o Christopher D. Jaime, Esq.<br>Maupin, Cox & LeGoy<br>4785 Caughlin Parkway<br>Reno, NV 89519-0906 | End of Label Matrix<br>Mailable recipients    68<br>Bypassed recipients     2<br>Total                   70 |

Index of Exhibits

Exhibit A                                              **2370 Delmonte Renovation Plan**

(including exhibits)

WHITE LAW CHARTERED LAWYERS
20TH CENTURY BLDG.
335 W. FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228