# Exhibit A

## 2370 Delmonte Renovation Plan

### Introduction

My property at 2370 Delmonte Lane, Reno is a unique and beautiful property when properly maintained and in good repair. It consists of my main residence plus 5 legal rental units located on 4.7 acres of rural land located in a small unincorporated part of Washoe County. Although the property has a rural atmosphere and large pasture it is located only 1.5 miles from the main retail outlets and main mall for the entire Truckee Meadows Region. The property has its own well for water and has two old septic tank systems for sewage. It also includes over one acre of lawns and plants irrigated by a 30 zone automatic sprinkler system. The property also has its own pond and picnic area which are in great disrepair and surrounded by a three rail wood fence which is in need of repair and painting and measures approximately 2000 feet of fence.

I have resided at the property since purchasing it in August 2001, but was forced to move out of the main residence in December 2009, due to frozen water pipes caused by severe early winter storms, dropping temperatures of below zero degrees for multiple days. The property has been neglected since the freeze which caused the closure of all water on the property. This forced all five of my tenants as well as myself to relocate. The property has been neglected since then, due to the confusing and illegal actions by both SunTrust Mortgage and US Bank not knowing who owned the mortgage and I not knowing that I had been illegally foreclosed upon. It was only after filing bankruptcy that I discovered that SunTrust mortgage still laid claim as a creditor and still maintained insurance on the property and that it was US Bank who without notice or claim and no right to the mortgage had illegally foreclosed on the property, but never laid claim or attempted to gain custody due to the illegal action. I immediately filed a claim with Travelers Insurance in August, 2010 since the insurance was about to expire and they had issued notice that they would not renew because the property was not occupied. Travelers Insurance immediately approved my claims and advanced $3,500 to begin repairs and mitigate the damages. In September 2010, I obtained the attached estimate from Midwest Heating and Plumbing to repair all frozen pipes inside the main residence. I paid

1

Midwest his $2,000 deposit out of the $3,500 and we began work to expose the pipes and repair them. We succeeded in getting the cold water service to the main residence restored. We succeeded in getting both hot and cold water service restored to the five rental units. I submitted my estimate to repair water damages to the main residence on 10-15-2010 and received a check for $24,714.52 on 11-1-2010. This check was made payable to both Roger Baylocq and Sun Trust Mortgage, so I needed Sun Trust endorsement to continue, My lawyer John White began trying to contact Sun Trust Mortgage through their lawyer Mr. Chen in November 2011 and continued through the end of the year with absolutely no response. I continued to do some demolition and repairs, but my plumber stopped working and fixing pipes when it became apparent that no more money was coming soon. I did not file any further insurance claims since I was unable to cash the existing check I already had in possession. I did succeed in renting one unit for $500 due to the tenant willing to clean and paint the unit for one month credit or rent. This is where the property stands today with no cooperation from Sun Trust Mortgage and an insurance check that has not been cashed and further claims to be presented.

I will now outline specifically the work that must be done to return the property to rentable and proper condition. I will show how it will be paid for and how Sun Trust Mortgage will benefit by dealing with me. These repairs are the remainder of the insurance claims in addition to a great deal of work that is not covered by insurance money. I will list all the work in priority and sequence be completed.

### Total Repairs to Renovate

1. We must complete the demolition work on the main residence so that the plumber can access all broken pipes and repair them. This will require the cashing of the insurance check to have capital to buy material and pay the plumber on a timely basis.

2. The plumber will complete 100% of the plumbing repairs on the water and heater systems in the main residence. This contract has already been approved by Travelers Insurance and will be paid by them.
3. The entire property must be mowed, cleaned, pruned and weeded of all old, dead vegetation. This is almost 100% pure labor and will be done by myself and my family at no additional monetary output. If you hired a landscape company the expense would be more than $10,000.
4. All irrigation and septic systems must be repaired and made operational with all lawn areas to be replanted. I expect materials to cost approximately $2,000 with again, myself, doing all the labor.
5. Units #2, #3, #4 require the carpets cleaned and a minimal of repairs to be rented. These will be rented to provide income to the estate, in order to make payments to Sun Trust Mortgage.
6. Items #3, #4, #5 will be completed in a 2 week period required by the plumber to make all necessary repairs to the main residence. I expect to have the rental units #2, #3, #4 and existing unit #6 to be rented within 30 days of ratification of a settlement agreement.
7. All sheetrock and flooring repairs to be made to the main residence so that debtor can re-occupy his residence. I will be performing all sheetrock work, painting and carpentry repairs. I will subcontract the floor repairs at a cost of approximately $4,000. I expect the material cost for my repairs to be an additional $4,000.
8. Rental Unit #5 was the only rental unit that suffered frozen pipes and water damage. This unit will need its bathroom completely re-built and new carpet and linoleum installed throughout the unit. This work has been reported to the insurance company and will be paid with a future claim to be submitted when all damage is assessed.
9. The 3 rail fence around the property and pasture must be repaired and painted. There is a 150 foot section which was knocked down by the storms. There will be a claim paid by Travelers Insurance. I expect the balance of repairs and paint will

3

cost approximately $2,000 in materials. I will perform all labor to complete this job.

10. The automatic gate system was broken in the storm and will be repaired by AWAXX Control Systems. This bill will be paid by Travelers Insurance.

11. The pond must be cleaned out and the waterproof lining repaired. The dock must be repainted and repaired. The pond will be refilled as soon as irrigation water from the ditch is available. Material costs are expected to be $2,000.

### Financing Plan

SunTrust Mortgage will receive a new Note and Deed of Trust in the amount of $600,000 @ 4% interest payable over 30 years. The monthly payment is $2,864.49. This debt payment will be paid by the rentals on the property. The rental income is historically consistent and breaks down in the following manner.

UNIT #2 – A 1 bedroom, 1 ½ bath unit that was remodeled in 2007. The previous tenant was paying $800 a month in December 2009, including utilities, when forced to move out. I project to re-rent it at $750 a month as of July 1, 2011.

UNIT #3 – An older studio apartment that rented for $600 a month, including utilities. I project an income of $550 as of July 1, 2011.

UNIT #4 – A studio apartment that was remodeled in 2007. The unit was rented for $650 in 2009, including utilities. I project we will rent the unit for $600 as of July 1, 2011.

UNIT #5 – This unit will be completely renovated when placed back on the rental market. I project that I will receive $650 rent, including utilities, and it will be rented by August 1, 2011.

UNIT #6 – This unit is a stand alone guest home, consisting of 2 bedrooms, and 1 bath, appx. 800 sq. ft. This unit previously rented for $900 a month. It is presently paying

4

$500 a month due to the poor condition of the entire property. I project that the rent will be increased to $800 a month as of June 1, 2011.

Total rent roll will be $3,350 a month which will support the debt payment of $2,865. This allows $485 to pay for utilities which are only gas, electric and garbage since we have no water or sewer bill.

The repairs will be paid out of the insurance check endorsed to me. I expect a total material cost of all the work included on the first claim and all uninsured work to be approximately $14,000. This leaves the balance of the claim and future claims to pay my labor for the renovation work and to pay operating deficits until maximum rental roll is achieved.

### How Sun Trust Benefits

SunTrust Mortgage will benefit from a settlement with debtor in several ways.

1. The Reno real estate market values continue to fall and have not stabilized or reached bottom yet. This is exemplified by this property in the last 10 months. When SunTrust moved to lift the automatic stay on July 6th, 2010, Zillow valued the property at $620,500. When debtor tried to make adequate protection payments in December 2010, Zillow valued the property at $597,000. The debtor checked Zillow on May 1, 2011, and found the property value to be only $549,500. (See attached document) Debtor is willing to stipulate the property has a value of $600,000 which is the amount of the new Note it will receive from the debtor. This gives SunTrust $50,500 more than the present Zillow value of the property.
2. Zillow values assume that a property is in fair condition with all systems operating. This clearly is not the case with 2370 Delmont Lane. Sun Trust will benefit from all the debtors hard labor in restoring the property and the insurance money available which would have expired if it were not for debtors actions of

5

filing a timely claim. The total repairs on a full monetary value will exceed $100,000 which will further lower the value of the property to $450,000 or lower.

3. The debtor is willing to settle all claims with both SunTrust Mortgage and US Bank as to fraud, illegal foreclosure, false bankruptcy claims, non-disclosure of loan ownership, and denial of homestead rights. Debtor will bring legal action against both US Bank and SunTrust Mortgage forcing full discovery and transparency in bankruptcy court which will postpone settlement for months. This will force the property to be further neglected and fall further in secured value, thereby lowering the secured value to whoever is the true beneficiary of the Note and Deed of Trust.

## Summary

It is clear that the property at 2370 Delmonte Lane in its present state and condition would bring less than $450,000 to either US Bank or SunTrust Mortgage. It is certain that these two banks have committed errors and definitely harmed the debtor where debtor will bring legal action and further expense to the banks. Debtor is offering a $600,000 note to settle the matter, retain his homestead and residence, and move forward in life. This is a fair and equitable settlement for all parties and should be ratified prior to May 14, 2011.

Dated: 5/3/2011

_____
Roger Baylocq, Debtor in
Possession (Case BK-N-10-51372-GWZ)

6

**MIDWEST HEATING**
**P.O. BOX 10235**
**RENO, NV 89510**
(775) 972-6633

**PROPOSAL**

September 20, 2010

**To:** Roger Baylocq
    2370 Del Monte Lane
    Reno, NV 89511

Re: Repairs to water piping leaks throughout the main house on the property.

**Scope of Work:** We propose to perform the above-mentioned task in a timely and professional manner which, Includes the following:

- \* All Materials Necessary for Repairs or Replacement of Broken or Disconnected Pipes for domestic water and Heating System Piping.
- \* Labor for performing repair work

**Exclusions:** The following shall be excluded from the scope of this proposal:

- \* Excavation (If Deemed Necessary)
- \* Any Demolition as Deemed necessary for Access
- \* Any Repairs for Excavation or Demolition
- \* Drain Piping
- \* Replacement of or Repairs to existing Fixtures
- \* Any Repairs outside of the Main House

**Total Repair Price:** $5,675.00 **Deposit Required for Commencement of Work:** $2,000.00

_[signature]_     9/24/10     _[signature]_
**Authorizing Signature**     **Date**     Scott Saulnier

Sincerely,

Balance due and payable upon completion. Service charge 1.5% Per month on past due accounts!

### *Roger Baylocq Construction*
*1275 Stardust Street*
*Reno, Nevada 89503*
*NV License #0047611*

Mr. Dave Harrison
Travelers Insurance
FAX #888-875-6641

This proposal will outline the work to repair the main residence at 2370 Delmonte, Reno, NV.

1. Repair buckled hardwood floors in dining room, hallway and living room - $1,500
2. Sand and refinish hardwood floors in living room, dining room, hallway and 2 kids bedrooms of approximately 1,200 sq. ft - $6,000
3. Replace Parkay floors in family rm and small kitchen, approx 400 sq ft. - $4,000
4. Son's bedroom - remove wallpaper and sheetrock behind walls to expose broken pipes - $500.
5. Remove main bathroom ceiling, replace sheetrock and paint bath - $1,000
6. Remove and expose dining room ceiling and walls, remove wall paper, sheetrock, crown molding and siding to expose broken pipes and repair damaged sheetrock and insulation - $1,000.
7. Small kitchen in rear - remove and replace existing cabinets and demolish all sheetrock on walls and ceiling to expose broken pipes and soaked insulation - $1,500
8. Son's Bedroom - replace sheetrock and tape and apply new wallpaper to walls. - $2,000.
9. Dining room - re-sheetrock and wallpaper, reinstall removed siding and crown molding and paint ceiling - $3,500.
10. Rear kitchen - re-sheetrock and wallpaper all walls and paint ceiling - $2,000.
11. Re-insulate all open walls and blow new insulation thru-out entire attic of house - $5,000
12. Clean up and disposal of all materials - $2,000

Total for all work $30,000 payable in the following manner:

$10,000 to begin
$10,000 upon 50% completion
$10,000 upon completion

Sincerely,

Roger Baylocq

| 2370 Del Monte Ln | |
|---|---|
| Reno, NV 89511 | |
| *j Zestimate®: | $549,500 |
| Rent Zestimate: | $2,697/mo |
| Mortgage payment: | $2,965 |
| Bedrooms: | 8 |
| Bathrooms: | 7 |
| Sqft: | 3,977 |
| Lot size: | 203,425 sq ft / 4.67 acres |
| Property type: | Single Family |
| Year built: | 1938 |
| Parking type: | Garage - Detached |
| Cooling system: | |
| Heating system: | Baseboard |
| Fireplace: | Yes |
| Last sold: | August 10 2001 |
| Construction quality: | - Q |
| County: | Washoe |
| Exterior material: | |
| Garage sqft: | 1040 |
| Last remodel year: | 1943 |
| Parcel #: | 04058104 |
| Per floor sqft: | 3,977 |
| Pool: | Yes |
| # Stories: | |
| Unit cnt: | 6 |
| Zillow Home ID: | 87882841 |

This 3977 square foot single family home has 8 bedrooms and 7.0 bathrooms. It is located at 2370 Del Monte Ln Reno, Nevada. This home is in the Washoe School District. The nearest schools are Huffaker Elementary School (YR), Pine Middle School and Wooster High School.

**Map**

Map data ©2011 Google

**Charts and Data**

**Nearby schools**

**District:** Washoe
**Primary:** Huffaker Elementary School (YR)
**Middle:** Pine Middle School
**High:** Wooster High School

| | Value | Range | 30-day change | $/sqft | Last updated |
|---|---|---|---|---|---|
| Zestimate | $549,500 | $445K - $637K | $51,500 | $138 | 04/30/2011 |
| Rent Zestimate | $2,697/mo | $1.1K/mo - $3.3K/mo | +$335 | $0.68 | 04/28/2011 |

{})^ Take Zillow on the go! Get free Zillow apps for the iPhone, iPad, and Android.

$900k
$800k
$700k
$600k
$500k
$400k

         Jan07          JanOS
This home   89511   & last sold

**Price History**

| Date | Description | Price | % Chg | $/sqft | Source |
|---|---|---|---|---|---|
| 08/10/2001 | Sold | $1,000,000 | | $251 | Public Record |

**Tax History**

% Change
-4.6%

| Year | Taxes paid | % Change | Tax assessment |
|---|---|---|---|

| | | |
|---|---|---|
| 2011 | $6,575 | $197,457 |

http://www.zillow.com/homedetails/2370-Del-Monte-Ln-Reno-NV-89511/87... 5/1/2011