John White, Esq., S.B.#1741  
White Law Chartered  
Twentieth Century Building  
335 West First St.  
Reno, NV 89503  
775-322-8000  
775-322-1228 (Fax)  
john@whitelawchartered.com  
Attorney for Debtor-in-Possession

E-filed on August 3, 2011

UNITED STATES BANKRUPTCY COURT  
DISTRICT OF NEVADA

In re:

ROGER PIERRE BAYLOCQ,

    Debtor-in-Possession.

_____/

CASE NO: BK-N-10-51372-gwz

Chapter 11

**CORRECTED FIRST ERRATA TO ROGER PIERRE BAYLOCQ'S MAY 31, 2011 DISCLOSURE STATEMENT**

**Hearing Date:**   May 31, 2011  
**Hearing Time:**   3:00 pm  
**Time Required:**  1 hour

    The following errors in Debtor's May 31, 2011 Disclosure Statement, filed herein on August 1, 2011, are corrected, to conform with earlier changes to the Disclosure Statement (showing Hosking rather than Corolla as the holder of the Class 6 secured claim), as follows:

    1) Phillip Hosking, Trustee of the Hosking family Trust, is substituted for Ronald Corolla at f. Class 6 of Subsection 7.3 (Classified Claims) of <u>ARTICLE 7, CLASSIFIED CLAIMS UNDER THE PROPOSED PLAN</u>, at page 17, as follows:

...

    f. Class 6 ~~(Corolla)~~ (Hosking)  
        ~~Ronald Corolla~~ Phillip Hosking, Trustee of the Hosking Family Trust (Hosking), shall have a secured Class 6 Claim for $200,000, being the unpaid principal balance of his note. Debtor shall issue a new promissory note to ~~Corolla~~ (Hosking) which new note shall replace Debtor's existing note. The new note shall be paid in full on the first day of the fifth year following the Effective Date of the Plan. The new note shall call for consecutive monthly

1

interest only payments (simple interest at six percent (6%) per annum) of $1,000.00 per month until the unpaid principal balance is paid in full. ~~Corona's~~ The existing mortgage shall remain as security for this new note.

Class 6 claim is impaired under the Plan and accordingly shall be entitled to vote on the Plan.

...

2) Hosking is substituted for Corolla in a line in Table 10.1 at subsection 10.2 of ARTICLE 10. HOW DEBTOR INTENDS TO MAKE PROPOSED PAYMENTS, at page 22, as follows:

10.2 Cash Requirements at Effective Date of Plan

...

Table 10.1 (Effective Date Cash Required for the Distribution Date)

| | |
|---|---|
| ... | |
| First monthly payment on Fallon Property APN 07-791-11 ~~(Corolla)~~ (Hosking) | $1,000.00 |
| ... | |

These corrections will be made to the Disclosure Statement before it is distributed to interested parties.

Dated: August 3, 2011.

ROGER PIERRE BAYLOCQ

/s/ Roger Baylocq

Submitted by:

White Law Chartered

By John White, Esq.

WHITE LAW CHARTERED
LAWYERS
20TH CENTURY BLDG.
335 W. FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228

2