**Entered on Docket**
**August 08, 2011**

_____
**Hon. Gregg W. Zive**
**United States Bankruptcy Judge**
_____

John White, Esq., S.B.#1741
White Law Chartered
Twentieth Century Building
335 West First St.
Reno, NV 89503
775-322-8000
775-322-1228 (Fax)
john@whitelawchartered.com
Attorney for Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

ROGER PIERRE BAYLOCQ,

Debtor-in-Possession.

_____/

CASE NO: BK-N-10-51372-gwz

Chapter 11

**ORDER APPROVING DISCLOSURE STATEMENT AND FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN, COMBINED WITH NOTICE THEREOF**

A disclosure statement under chapter 11 of the Bankruptcy Code, entitled **ROGER PIERRE BAYLOCQ'S MAY 31, 2011 DISCLOSURE STATEMENT** having been filed by Debtor, Roger Pierre Baylocq on August 1, 2011, and a Corrected First Errata thereto having been filed on August 2, 2011, and a Second Errata thereto having been filed on August 5, 2011 (herein together the "Disclosure Statement"), referring to a plan under chapter 11 of the Code, entitled **ROGER PIERRE BAYLOCQ'S MAY 31, 2011 PLAN OF REORGANIZATION** (herein "Plan"), which Plan is attached as Exhibit A to the Disclosure Statement and which Plan is to be detached and filed as a separate document upon entry of this Order, and

It having been determined after hearing on notice that the Disclosure Statement contains adequate information:

IT IS ORDERED, and notice is hereby given, that:

A. The Disclosure Statement is approved.

B. September 6, 2011 is fixed as the last day for filing written acceptances or rejections

of the Plan.

D. Debtor shall no later than August 9th, 2011, mail the Plan, this Order, the Disclosure Statement, and a ballot conforming to Official Form 14 to creditors, equity security holders, and other parties in interest, and shall be transmitted to the United States trustee, as provided in Fed. R. Bankr. P. 3017(d).

D. September 13, 2011 at 2:00 p.m. is fixed for the hearing on confirmation of the Plan.

E. September 6, 2011 is fixed as the last day for filing and serving pursuant to Fed. R. Bankr. P. 3020(b)(1) written objections to confirmation of the Plan.

Submitted by:

WHITE LAW CHARTERED,

By: John White, counsel for Debtor

Approved/Disapproved

Law Offices of Amy Tirre

By /s/ Amy Tirre, Esq.
   Amy Tirre, Esq. (counsel for Phillip Hosking, Trustee of the Hosking Family Trust)

Approved/Disapproved

McDonald Carano Wilson LLP

/s/ Please see attached
By: Leo Bergin, Esq.
Counsel for Dorothy Pabst

Approved/Disapproved

The Cooper Castle Law Firm, LLP

/s/ Michael W. Chen, Esq.
By: Michael W. Chen, Esq.

Official Form 13 (12/03) (modified)

###

     D. No later than ___ days after entry of this Order., the Plan, this Order, the Disclosure Statement, and a ballot conforming to Official Form 14 shall be mailed to creditors, equity security holders, and other parties in interest, and shall be transmitted to the United States trustee, as provided in Fed. R. Bankr. P. 3017(d).

     D. September 13, 2011 at 2:00 p.m. is fixed for the hearing on confirmation of the Plan.

     E. _____ is fixed as the last day for filing and serving pursuant to Fed. R. Bankr. P. 3020(b)(1) written objections to confirmation of the Plan.

Submitted by:                                           Approved/Disapproved

WHITE LAW CHARTERED,                    Law Offices of Amy Tirre

_____          By_____
By:  John White, counsel for Debtor         Amy Tirre, Esq. (counsel for Phillip Hosking, Trustee of the Hosking Family Trust)

Approved/Disapproved                        Approved/Disapproved

McDonald Carano Wilson LLP              The Cooper Castle Law Firm, LLP

_____          _____
By:  Leo Bergin, Esq.                        By:  Michael W. Chen, Esq.
Counsel for Dorothy Pabst

Official Form 13 (12/03) (modified)

###

2