John White, Esq.  
White Law Chartered  
335 West First Street  
Reno, NV 89503  
775-322-8000  
775-322-1228 (Fax)  
john@whitelawchartered.com  
Counsel for the Roger P. Baylocq

E-filed on August 12, 2011

UNITED STATES BANKRUPTCY COURT  
DISTRICT OF NEVADA

In re:

ROGER P. BAYLOCQ ) CASE NO: BK-N-10-51372-gwz  
) 
) Chapter 11  
)  
Debtor in Possession ) CERTIFICATE OF MAILING  
)  
) No Hearing Required  
_____/ )

    I hereby certify that on August 9, 2011, I deposited for mailing at the United States Postal Office (on Vassar St., Reno, NV) at 7:40 p.m., first class postage pre-paid, a copy of the following documents,:

    1. ORDER APPROVING DISCLOSURE STATEMENT AND FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN, COMBINED WITH NOTICE THEREOF, entered on August 8, 2011;

    2. ROGER PIERRE BAYLOCQ'S CORRECTED MAY 31, 2011 DISCLOSURE STATEMEN, filed herein on August 9, 2011;

    3. ROGER PIERRE BAYLOCQ'S MAY 31, 2011 PLAN OF REORGANIZATION, filed herein on August 9, 2011;

    4. MOTION FOR ORDER CONFIRMING THE ROGER PIERRE BAYLOCQ'S

WHITE LAW CHARTERED  
LAWYERS  
20TH CENTURY BLDG.  
335 W. FIRST STREET  
RENO, NV 89503  

T (775) 322-8000  
F (775) 322-1228

MAY 31, 2011 PLAN OF REORGANIZATION AND ADOPTING THE VALUATIONS CONTAINED THEREIN, filed herein on August 9, 2011; and,

5. BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION conforming to official bankruptcy form 14,

addressed to each of the persons/entities listed in the attached mailing matrix.

I declare under penalty and perjury that the foregoing is true and correct.

Signed on: August 12, 2011.

_____
Declarant, John White, Esq.

WHITE LAW
CHARTERED
LAWYERS
20TH CENTURY BLDG.
335 W. FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228

Label Matrix for local noticing
0978-3
Case 10-51372-gwz
District of Nevada
Reno
Tue Aug  9 10:32:24 PDT 2011

CHASE HOME FINANCE, LLC
THE COOPER CASTLE LAW FIRM
820 S VALLEY VIEW BLVD.
LAS VEGAS, NV 89107-4411

DIRECTOR OF THE FIRM FOUNDATION
c/o RICHARD G. HILL, CHARTERED
652 Forest Street
Reno, NV 89509-1701

SUNTRUST MORTGAGE, INC.
THE COOPER CASTLE LAW FIRM, LLP
820 S. VALLEY VIEW
LAS VEGAS, NV 89107-4411

United States Bankruptcy Court
300 Booth Street
Reno, NV 89509-1360

Aspen Valley Christian Foundation
c/o: Evergreen Note Servicing
Acct# 1070001581300
295 Holcomb Ave #3
Reno, NV 89502-1085

Bank of America Servicing, LP
c/o BAC Home Loans Servicing, LP
1757 Tapo Canyon Road
Mail Stop: CA6-913-01-01
Simi Valley, CA 93063-3390

Casey D. Baker, Esq.
Richard G. Hill, Chartered
P.O. Box 2551
Reno, NV 89505-2551

City of Reno
Attn: Code Enforcement
Cit# ENF10.PO464
P.O. Box 1900
Reno, NV 89505-1900

Dorothy Pabst
c/o John Pabst
12519 Sora Way
San Diego CA 92129-4144

Aspen Valley Christian Foundation
c/o Christopher D. Jaime, Esq.
Maupin, Cox & LeGoy
4785 Caughlin Parkway
Reno, NV 89519-0906

CHASE MORTGAGE COMPANY S/B/M CHASE HOME FINA
THE COOPER CASTLE LAW FIRM, LLP
820 S. VALLEY VIEW BLVD
LAS VEGAS, NV 89107-4411

Harvest Time Foundation
c/o Christopher D. Jaime, Esq.
Maupin, Cox & LeGoy
4785 Caughlin Parkway
Reno, NV 89519-0906

U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FO
THE COOPER CASTLE LAW FIRM, LLP
820 S. VALLEY VIEW BLVD
LAS VEGAS, NV 89107-4411

AT&T
Acct# 436050165924
P.O. Box 515188
Los Angeles, CA 90051-5188

B & C Builders Supply Co
543 Overmyer Road,
Sparks, NV 89431-6440

CHASE MORTGAGE COMPANY
S/B/M CHASE HOME FINANCE, LLC
PP-G7 BANKRUPTCY PAYMENT PROCESSING
3415 VISION DRIVE
COLUMBUS, OH 43219-6009

Christopher D. Jaime, Esq.
Maupin, Cox & LeGoy
P.O. Box 30000
Reno, NV 89520-3000

City of Reno
Attn: Sewer Fees
Acct# 307082-001
P.O. Box 1900
Reno, NV 89505-1900

Dorothy Pabst
c/o: Evergreen Note Servicing
Acct# 1010-22-00014566
P.O. Box 21417
Reno, NV 89515-1417

BAC Home Loans Servicing, LP c/o Prober &
20750 Ventura Boulevard, Suuite 100
Woodland Hills, CA 91364-2338

CITY OF RENO
City of Reno
1 E. 1st St., 2nd Floor
P.O. Box 1900
RENO, NV 89505-1900

RECOVERY MANAGEMENT SYSTEMS CORPORATION
25 S.E. SECOND AVENUE
INGRAHAM BUILDING, SUITE 1120
MIAMI, FL 33131-1506

U.S. TRUSTEE - RN - 11 11
300 BOOTH STREET, STE 3009
RENO, NV 89509-1362

American Express
c/o: Redline Recovery Services
Acct# 3717314 816 52007
11675 Rainwater Dr. #350
Alpharetta, GA 30009-8693

Bank of America
Acct# 118527374
P.O. Box 515504
Los Angeles, CA 90051-6804

COLLECTION SERVICE OF NEVADA
777 FOREST ST
RENO, NV 89509-1711

Churchill County Treasurer
155 N. Taylor Street, # 110
Fallon, NV 89406-2763

(c)DIRECTOR OF THE FIRM FOUNDATION, TRUSTE
CASE NO. CV09-02012
1919 SW 25TH AVE
BATTLE GROUND WA 98604-3137

FPC Financial, f.s.b.
PO Box 6600
Johnston, IA 50131-6600

Farm Plan
PO Box 5328
Madison, WI 53705-0328

Fred & Florence Pura
c/o: Allied I/C
Acct# 10710100004553
6121 Lakeside Dr. #150
Reno, NV 89511-8533

GE Money Bank
c/o Recovery Management Systems Corp.
Att'n Ramesh Singh
25 SE 2nd Ave., Suite 1120
Miami, FL 33131-1605

Harvest Time Foundation
c/o: Evergreen Note Servicing
Acct# 891 McClean
295 Holcomb Ave #3
Reno, NV 89502-1085

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Katie S. Armstrong, Deputy Attorney General
Office of the Nevada Attorney General
100 North Carson Street
Carson City, Nevada 89701-4717

Leo P. Bergin
McDonald Carano Wilson LLP
P.O.Box 2670
Reno, NV 89505-2670

Michael W. Chen, Esq.
For Chase Home Finance, LLC
The Cooper Castle Law Firm
820 South Valley View Blvd.
Las Vegas, NV 89107-4411

NHU NGUYEN SR.
100 NORTH CARSON ST
CARSON CITY, NV 89701-4717

NV Dept. of Employment, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713-0002

NV Dept. of Motor Vehicles
ATTN: Legal Division
555 Wright Way
Carson City, NV 89711-0002

NV Dept. of Taxation
Bankruptcy Section
4600 Kietzke Lane, Suite L-235
Reno, NV 89502-5045

(p)NV ENERGY
ATTN YVONNE ENOS
PO BOX 10100
RENO NV 89520-0024

NV Labor Commission
675 Fairview Drive, Suite 226
Carson City, NV 89701-5474

Nevada Power Company dba NV Energy
Attn: Yvonne Enos
P.O. Box 10100
Reno, NV 89520-0024

Nhu Q. Nguyen, Sr. Deputy Attorney General
Office of The Nevada Attorney General
100 North Carson Street
Carson City, NV 89701-4717

Platte River Insurance Co.
c/o: JOMAX
Acct# 140918-02
20325 N 51st Ave. #134
Glendale, AZ 85308-5677

Prober & Raphael, A Law Corp.
20750 Ventura Boulevard, Suite 100
Woodland Hills, CA 91364-6207

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Richard G. Hill, Esq.
Case No. CV09-02010
P.O. Box 2551
Reno, NV 89505-2551

Ronald Corolla
c/o: Allied I/C
Acct# 107002006582
6121 Lakeside Dr. #150
Reno, NV 89511-8533

Royal Inn of Reno Limited Partnership
c/o Leo P. Bergin
McDonald Carano Wilson LP
PO Box 2670
Reno, NV 89505-2670

SPB Utility Service, Inc.
Acct# 00779108
P.O. Box 3559
Reno, NV 89505-3559

SUNTRUST MORTGAGE INC.
P.O. BOX 27767
RVW 3034
RICHMOND, VA 23261-7767

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

US Bank
c/o: Associated Creditor Exchange
Acct# 4833 4980 0002 0694
P.O. Box 33130
Phoenix, AZ 85067-3130

(c)UNITED STATES TRUSTEE
300 BOOTH ST STE 3009
RENO NV 89509-1360

WASTE MANAGEMENT - 4MC
2625 W. GRANDVIEW RD. STE.150
PHOENIX, AZ 85023-3113

WATERS Septic Service
c/o: Collection Service of Nevada
Acct# 439056
777 Forest Street
Reno, NV 89509-1711

Washoe County Treasurer
P.O. Box 30039
Reno, NV 89520-3039

Waste Management, Inc.
Accts# 1149-9, 1149-2, 1149-1
P.O. Box 541008
Los Angeles, CA 90054-1008

Wells Fargo Bank
Acct# F-114-8-3714300731
P.O. Box 3908
Portland, OR 97208-3908

Wells Fargo Bank, N.A.
BDD Bankruptcy Dept,
MAC S4101-08C
100 W. Washington Street
Phoenix, AZ 85003-1805

Wells Fargo Bank, N.A.
P. O. Box 14469 MAC X2303-01M
Des Moines, IA 50306-3469

Bert Van Komen
c/o Christopher D. Jaime, Esq.
Maupin, Cox & LeGoy
4785 Caughlin Parkway
Reno, NV 89519-0906

DOROTHY PABST
C/O LEO BERGIN/ MCDONALD CARANO WILSON
100 W LIBERTY ST., 10TH FLR
RENO, NV 89501-1989

Emma Van Komen
c/o Christopher D. Jaime, Esq.
Maupin, Cox & LeGoy
4785 Caughlin Parkway
Reno, NV 89519-0906

JOHN WHITE
335 W FIRST ST
RENO, NV 89503-5301

PHILLIP HOSKING
c/o Law Offices of Amy N. Tirre, APC
3715 Lakeside Drive, Suite A
Reno, NV 89509-5349

ROGER PIERRE BAYLOCQ
1275 STARDUST STREET
RENO, NV 89503-4227

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
P.O. Box 21126
DPN 781
Philadelphia, PA 19114

NV Energy
P.O. Box 30065
Reno, NV 89520-3065

U.S. Bank N.A.
P.O. Box 5229
Cincinnati, OH 45201

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Director of the Firm Foundation, Trustee
Case No. CV09-02012
19919 Northeast 107th Avenue
Battle Ground, WA 98604-7451

United States Trustee
300 Booth Street #2129
Reno, NV 89509

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)State of Nevada
Division of Environmental Protection

(d)HARVEST TIME FOUNDATION
c/o Christopher D. Jaime, Esq.
Maupin, Cox & LeGoy
4785 Caughlin Parkway
Reno, NV 89519-0906

End of Label Matrix
Mailable recipients    69
Bypassed recipients    2
Total                  71