John White, Esq.
White Law Chartered
335 West First Street
Reno, NV 89503
775-322-8000
775-322-1228 (Fax)
john@whitelawchartered.com
Counsel for the Roger P. Baylocq

E-filed on August 12, 2011

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:

| | | |
|---|---|---|
| ROGER P. BAYLOCQ | ) | CASE NO:  BK-N-10-51372-gwz |
| | ) | |
| | ) | Chapter 11 |
| | ) | |
| Debtor in Possession | ) | CERTIFICATE OF ELECTRONIC |
| | ) | SERVICE |
| | ) | |
| _____/ | ) | No Hearing Required |

I hereby certify that on August 9, 2011, I caused to be served a  true and correct copy of the documents listed below by way  of the Bankruptcy Court's ECF System

1. ROGER PIERRE BAYLOCQ'S CORRECTED MAY 31, 2011 DISCLOSURE STATEMENT filed herein on August 9, 2011;

2. ROGER PIERRE  BAYLOCQ'S MAY 31, 2011 PLAN OF REORGANIZATION filed herein on August 9, 2011; and,

3. MOTION FOR ORDER CONFIRMING THE ROGER PIERRE  BAYLOCQ'S MAY 31, 2011 PLAN OF REORGANIZATION AND ADOPTING THE VALUATIONS CONTAINED THEREIN, filed herein on August 9, 2011,

addressed to the following parties/entities  at  their respective  e-mail addresses hereinbelow described:

WHITE LAW
CHARTERED
LAWYERS
20TH CENTURY BLDG.
335 W. FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228

1

Kathryn S. Armstrong at karmstrong@ag.nv.gov, ldeming@ag.nv.gov

Leo Bergin at lbergin@mcdonaldcarano.com

Michael W. Chen at yvette@ccfirm.com; mrosales@ccfirm.com; tsharpe@ccfirm.com

Richard Hill at grecelle@richardhillaw.com; cdetlie@richardhillaw.com

Christopher D. Jaime at cjaime@mclrenolaw.com; kbernhardt@mclrenolaw.com

Susan Ball Rothe at rothes@reno.gov, DieefenbachJ@reno.gov

Amy N. Tirre at amy@amytirrelaw.com, admin@amytirrelaw.com

U.S. Trustee-RN-11 at USTPRegion17.RE.ECF@usdoj.gov

John White @bankruptcy@whitelawchartered.com; john@whitelawchartered.com

I declare under penalty and perjury that the foregoing is true and correct.

Signed on: August 12, 2011.

_____
Declarant, John White, Esq.

WHITE LAW
CHARTERED
LAWYERS
20TH CENTURY BLDG.
335 W. FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228

2