John White, Esq., S.B. #1741
White Law Chartered
Twentieth Century Building
335 West First St.
Reno, NV 89503
775-322-8000
775-322-1228
john@whitelawchartered.com
Attorney for Roger Pierre Baylocq

E-filed on : September 23rd, 2011

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA

In re:

ROGER PIERRE BAYLOCQ,

Debtor-in-possession.

_____/

)   CASE NO:  BK-N-10-51372-gwz
)   Chapter 11
)
)
)   ROGER PIERRE BAYLOCQ'S
)   PLAN BALLOT SUMMARY
)
)   Hearing Date:  September 27, 2011
)   Hearing Time:  10:00 a.m.

The Debtor, ROGER PIERRE BAYLOCQ, hereby files this Plan Ballot Summary as follows:

1. Proponent of the Plan:  Debtor

2. Are there any competing plans filed with the Court:  No.

3. Cramdown requested:  Yes

4. Unimpaired Classes:  Class 9

5. Impaired Classes:  Class 1 , Class 2, Class 3,  Class 5 , Class 6 , Class 7, and Class 8.

6. Has any impaired Classes Accepted:  Yes.

If yes, which class or classes:  Classes 1, 2, 4, 5, 6 and 8.

7. Bar date for filing claims:  08/23/2010

8. Class Voting Summary:  Ballots attached as Exhibit "1"

WHITE LAW
CHARTERED
LAWYERS
7TH CENTURY BLDG.
35 W. FIRST STREET
RENO, NV 89503

(775) 322-8000
(775) 322-1228

1

| ACCEPTING: | AMOUNT:($) |
|---|---|
| Class 1 (Dorothy Pabst) | 1,070,000.00[1] |
| Class 2 (Fred and Florence Pura) | 31,729.07 |
| Class 5 (Harvest Time Foundation) | 737,683.31 |
| Class 6 (Philip Hosking, Trustee of the Hosking Family Trust | 200,000.00 |
| Class 8 (Collection Service of Nevada) | 1,685.91 |
| **Total Amount** | **2,041,098.29** |

| REJECTING: | AMOUNT: ($) |
|---|---|
| IRS (secured) | 159,426.96 |
| IRS (priority) | 403,386.05 |
| **Total Amount** | **562,813.01[2]** |

| NO RESPONSES:[3] | AMOUNT: ($) |
|---|---|
| Class 3 (Bank of America) | 194,691.58 |
| Class 4 (SunTrust/USBank)[4] | 1,004,950.62 |
| Class 7 (Chase Mortgage Company) | 173,688.44 |
| **Total Amount** | **1,373,330.64** |

9. Anticipated date for case closing order: Upon the completion of Plan payments, or at the end

of the fifth year following the Effective Date (2016), or at such sooner time as may be

---

[1] The difference in this amount compared with the amount as set forth in the Plan filed on August 9th, 2011 ($1,030,000) will be discussed in open Court at the Confirmation Hearing and will be adjusted accordingly.

[2] The IRS did not vote but objected to the Plan on August 24, 2011. The parties are in negotiations concerning the amount of this claim. Debtor will amend its plan to provide for payment of whatever the IRS determines to be the final number, i.e. no appeal is anticipated.

[3] Class 9 (Debtor) is deemed to have accepted the Plan and has no vote.

[4] Debtor has fully complied with its agreement with SunTrust and SunTrust's counsel, Michael Chen, has said that SunTrust will accept the Plan. However, by reason of a dispute with SunTrust concerning its agreement to endorse to Debtor a $24,714.12 Traveler's Insurance Check, no ballot has been received at this time.

WHITE LAW
CHARTERED
LAWYERS
TH CENTURY BLDG.
15 W. FIRST STREET
IENO, NV 89503

(775) 322-8000
(775) 322-1228

determined by the Court on notice to creditors and parties in interest.

Dated this 23rd day of September, 2011.

By:_____
ROGER PIERRE BAYLOCQ

Submitted by:
WHITE LAW CHARTERED

By:_____
John White, Esq.
Attorney for Debtor

WHITE LAW
CHARTERED
LAWYERS
TH CENTURY BLDG.
I5 W. FIRST STREET
!ENO, NV 89503

(775) 322-8000
(775) 322-1228

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CERTIFICATE OF SERVICE

I hereby certify that pursuant to Federal Rule of Procedure 5 (b), a true and correct copy of the attached Debtor's Plan Ballot Summary  was served on the following interested parties as follows:

X a. via ECF System  on September 23, 2011:

Kathryn S. Armstrong karmstrong@ag.nv.gov, ldeming@ag.nv.gov

Leo P. Bergin          lbergin@mcdonaldcarano.com

Michael W. Chen        yvette@ccfirm.com; m rosales@ccfirm.com; tsharpe@ccfirm.com

Richard G. Hill          greccelle@richardhillaw.com,cdetlie@richardhillaw.com

Christopher D. Jaime     cjaime@mclrenolaw.com,kbernhardt@mclrenolaw.com

Susan Ball Rothe rothes@reno.gov, DieefenbachJ@reno.gov

Amy N. Tirre amy@amytirrelaw.com

U.S. Trustee -RN-11         USTPRegion17.RE.ECF@usdoj.gov

John White     Bankruptcy@whitelawchartered.com, john@whitelawcharterd.com

Rollin G. Thorley  rollin.g.thorley@irscounsel.treas.gov


I declare under penalty of perjury that the foregoing is true and correct.

Signed on: September 23, 2011.

Declarant, Jamiee Bonwell,Employee,
White Law Chartered

WHITE LAW
CHARTERED
LAWYERS
7TH CENTURY BLDG.
35 W. FIRST STREET
RENO, NV 89503

(775) 322-8000
(775) 322-1228

4