# Exhibit 1

Exhibit 1

RECEIVED SEP 14 2011

John White, Esq., SB #1741
335 West First Street
Reno, NV 89503
Telephone: (775) 322-8000
Facsimile: (775) 322-1228
john@whitelawchartered.com
Attorney for Debtor, Roger Pierre Baylocq

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:

| | |
|---|---|
| ROGER PIERRE BAYLOCQ, Debtor in Possession. | CASE NO: BK-N-10-51372-gwz<br>Chapter 11<br>BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION |

ROGER PIERRE BAYLOCQ filed his Plan of Reorganization dated May 31, 2011 (the "Plan") for the Debtor in this case. The Court has approved the Roger Pierre Baylocq Corrected May 31 Disclosure Statement (the "Disclosure Statement") by its order entered August 8, 2011. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement you may obtain a copy from John White, Esq., 335 West First Street, Reno, NV 89503; Tel No: (775) 322-8000; (775) 322-1228 (fax). Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in a class as indicated under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by John White, Esq., 335 West First Street, Reno, NV 89503 by September 6, 2011, and such deadline is not extended, your vote will not count as either acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**ACCEPTANCE OR REJECTION OF THE PLAN**

*(If the voter is a holder of a secured, priority, or unsecured nonpriority claim:)*

WHITE LAW CHARTERED
LAWYERS
TH CENTURY BLDG
5 W. FIRST STREET
RENO, NV 89503
(775) 322-8000
(775) 322-1228

The undersigned, the holder of a Class [Sec ] claim against the Debtor in the unpaid amount of ONE MILLION SEVENTY THOUSAND Dollars ($1,070,000.00)

(Check one box only)

[xx ] ACCEPTS THE PLAN [ ] REJECTS THE PLAN

Dated: 9/13/11

Print or type name: Leo P. Bergin

Signature: [signature]

Title (if corporation or partnership): Royal Inn of Reno Ltd. Ptnrsh

Address: P.O. Box 2670

Reno, NV 89505

RETURN THIS BALLOT TO:
John White, Esq.,
335 West First Street,
Reno, NV 89503

WHITE LAW CHARTERED
LAWYERS
TH CENTURY BLDG.
S W. FIRST STREET
ENO, NV 89503
(775) 322-8000
(775) 322-1228

RECEIVED
SEP 09 2011
@ 9:30 am

John White, Esq., SB #1741
335 West First Street
Reno, NV 89503
Telephone: (775) 322-8000
Facsimile: (775) 322-1228
john@whitelawchartered.com
Attorney for Debtor, Roger Pierre Baylocq

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:

| | | |
|---|---|---|
| ROGER PIERRE BAYLOCQ, | ) | CASE NO: BK-N-10-51372-gwz |
| | ) | |
| | ) | Chapter 11 |
| | ) | |
| | ) | BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION |
| Debtor in Possession. | ) | |
| ______________________________/ | ) | |

ROGER PIERRE BAYLOCQ filed his Plan of Reorganization dated May 31, 2011 (the "Plan") for the Debtor in this case. The Court has approved the Roger Pierre Baylocq Corrected May 31 Disclosure Statement (the "Disclosure Statement") by its order entered August 8, 2011. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement you may obtain a copy from John White, Esq., 335 West First Street, Reno, NV 89503; Tel No: (775) 322-8000; (775) 322-1228 (fax). Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in a class as indicated under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by John White, Esq., 335 West First Street, Reno, NV 89503 by September 6, 2011, and such deadline is not extended, your vote will not count as either acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**ACCEPTANCE OR REJECTION OF THE PLAN**

*(If the voter is a holder of a secured, priority, or unsecured nonpriority claim:)*

WHITE LAW CHARTERED
LAWYERS
CENTURY BLDG.
W. FIRST STREET
RENO, NV 89503
(775) 322-8000
(775) 322-1228

The undersigned, the holder of a Class [ 2 ] claim against the Debtor in the unpaid amount of Thirty Two Thousand Dollars ($ 32,000.00)

(Check one box only)

[ √ ] ACCEPTS THE PLAN [ ] REJECTS THE PLAN

Dated: 9-9-2011

Print or type name: FRED PURA

Signature: Fred Pura

Title (if corporation or partnership): ______________________

Address: 2150 KING EDWARD, DR, RENO, NV. 89503

RETURN THIS BALLOT TO:
John White, Esq.,
335 West First Street,
Reno, NV 89503

E LAW
TERED
YERS
TURY BLDG.
RST STREET
NV 89503

322-8000
322-1228

RECEIVED SEP 09 2011 HD @ 9:30 Am

John White, Esq., SB #1741
335 West First Street
Reno, NV 89503
Telephone: (775) 322-8000
Facsimile: (775) 322-1228
john@whitelawchartered.com
Attorney for Debtor, Roger Pierre Baylocq

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:

| | |
|---|---|
| ROGER PIERRE BAYLOCQ, Debtor in Possession. | CASE NO: BK-N-10-51372-gwz<br>Chapter 11<br>BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION |

ROGER PIERRE BAYLOCQ filed his Plan of Reorganization dated May 31, 2011 (the "Plan") for the Debtor in this case. The Court has approved the Roger Pierre Baylocq Corrected May 31 Disclosure Statement (the "Disclosure Statement") by its order entered August 8, 2011. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement you may obtain a copy from John White, Esq., 335 West First Street, Reno, NV 89503; Tel No: (775) 322-8000; (775) 322-1228 (fax). Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in a class as indicated under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by John White, Esq., 335 West First Street, Reno, NV 89503 by September 6, 2011, and such deadline is not extended, your vote will not count as either acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**ACCEPTANCE OR REJECTION OF THE PLAN**

*(If the voter is a holder of a secured, priority, or unsecured nonpriority claim:)*

WHITE LAW CHARTERED LAWYERS CENTURY BLDG. W. FIRST STREET NO, NV 89503 (775) 322-8000 (775) 322-1228

The undersigned, the holder of a Class [ 2 ] claim against the Debtor in the unpaid amount of Thirty Two Thousand Dollars ($ 32,000.00)

(Check one box only)

[ ✓ ] ACCEPTS THE PLAN [ ] REJECTS THE PLAN

Dated: 9-9-2011

Print or type name: FLORENCE PURA

Signature: Florence Pura

Title (if corporation or partnership): ______

Address: 2150 KING EDWARD DR
RENO NV. 89503

RETURN THIS BALLOT TO:
John White, Esq.,
335 West First Street,
Reno, NV 89503

E LAW
TERED
YERS
TURY BLDG.
RST STREET
NV 89503

322-8000
322-1228

RECEIVED SEP 06 2011 by H/D

John White, Esq., SB #1741
335 West First Street
Reno, NV 89503
Telephone: (775) 322-8000
Facsimile: (775) 322-1228
john@whitelawchartered.com
Attorney for Debtor, Roger Pierre Baylocq

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:

| | | |
|---|---|---|
| ROGER PIERRE BAYLOCQ, | ) | CASE NO: BK-N-10-51372-gwz |
| | ) | |
| | ) | Chapter 11 |
| | ) | |
| | ) | BALLOT FOR ACCEPTING |
| Debtor in Possession. | ) | OR REJECTING PLAN OF |
| ______________________________/ | ) | REORGANIZATION |

ROGER PIERRE BAYLOCQ filed his Plan of Reorganization dated May 31, 2011 (the "Plan") for the Debtor in this case. The Court has approved the Roger Pierre Baylocq Corrected May 31 Disclosure Statement (the "Disclosure Statement") by its order entered August 8, 2011. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement you may obtain a copy from John White, Esq., 335 West First Street, Reno, NV 89503; Tel No: (775) 322-8000; (775) 322-1228 (fax). Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in a class as indicated under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by John White, Esq., 335 West First Street, Reno, NV 89503 by September 6, 2011, and such deadline is not extended, your vote will not count as either acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**ACCEPTANCE OR REJECTION OF THE PLAN**

*(If the voter is a holder of a secured, priority, or unsecured nonpriority claim:)*

White Law Chartered
Copy sent to John
Date 9/6/11
Copy for your information and files

WHITE LAW CHARTERED
LAWYERS
[...]TH CENTURY BLDG
[...] W. FIRST STREET
[R]ENO, NV 89503
(775) 322-8000
(775) 322-1228

The undersigned, the holder of a Class [ 6 ] claim against the Debtor in the unpaid amount of Two Hundred Thousand Dollars ($ 200,000) + interest and fees.

(Check one box only)

[X] ACCEPTS THE PLAN [ ] REJECTS THE PLAN

Dated: ____________________

Print or type name: Philip Hosking, Trustee of Hosking Family Trust

Signature: [signature]

Title (if corporation or partnership): Attorney for Philip Hosking

Address: 3715 Lakeside Drive, Ste A
Reno, NV 89509

RETURN THIS BALLOT TO:
John White, Esq.,
335 West First Street,
Reno, NV 89503

WHITE LAW CHARTERED
LAWYERS
TH CENTURY BLDG.
S W. FIRST STREET
ENO, NV 89503
(775) 322-8000
(775) 322-1228

John White, Esq., SB #1741
335 West First Street
Reno, NV 89503
Telephone: (775) 322-8000
Facsimile: (775) 322-1228
john@whitelawchartered.com
Attorney for Debtor, Roger Pierre Baylocq

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:

| | | |
|---|---|---|
| ROGER PIERRE BAYLOCQ, | ) | CASE NO: BK-N-10-51372-gwz |
| | ) | |
| | ) | Chapter 11 |
| | ) | |
| | ) | BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION |
| Debtor in Possession. | ) | |
| _______________________/ | ) | |

ROGER PIERRE BAYLOCQ filed his Plan of Reorganization dated May 31, 2011 (the "Plan") for the Debtor in this case. The Court has approved the Roger Pierre Baylocq Corrected May 31 Disclosure Statement (the "Disclosure Statement") by its order entered August 8, 2011. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement you may obtain a copy from John White, Esq., 335 West First Street, Reno, NV 89503; Tel No: (775) 322-8000; (775) 322-1228 (fax). Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in a class as indicated under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by John White, Esq., 335 West First Street, Reno, NV 89503 by September 6, 2011, and such deadline is not extended, your vote will not count as either acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

ACCEPTANCE OR REJECTION OF THE PLAN

*(If the voter is a holder of a secured, priority, or unsecured nonpriority claim:)*

WHITE LAW CHARTERED
LAWYERS
CENTURY BLDG.
W. FIRST STREET
RENO, NV 89503
(775) 322-8000
(775) 322-1228

The undersigned, the holder of a Class [ 5 ] claim against the Debtor in the unpaid amount of $737,683.31/100 — Dollars ($737,683.91) plus any lien(s)
seven hundred thirty seven thousand six hundred eighty three + thirty one cents
(Check one box only)

[X] ACCEPTS THE PLAN [ ] REJECTS THE PLAN

Dated: August 17, 2011

Print or type name: Bert or EMMA VAN Komen

Signature: Bert Van Komen - Emma Van Komen

Title (if corporation or partnership): CEO Manager of Ministerial Trust / Assistant Manager Ministerial Trust

Address: 1145 McLean Road - Fallon, NV 89406

RETURN THIS BALLOT TO:
John White, Esq.,
335 West First Street,
Reno, NV 89503

Christopher D. Jaime
775 - 827- 2000

WHITE LAW CHARTERED
LAWYERS
TH CENTURY BLDG.
5 W. FIRST STREET
RENO, NV 89503
(775) 322-8000
(775) 322-1228



439056
RECEIVED
AUG 18 2011

John White, Esq., SB #1741
335 West First Street
Reno, NV 89503
Telephone: (775) 322-8000
Facsimile: (775) 322-1228
john@whitelawchartered.com
Attorney for Debtor, Roger Pierre Baylocq

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:

ROGER PIERRE BAYLOCQ,

Debtor in Possession.

CASE NO: BK-N-10-51372-gwz

Chapter 11

BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

ROGER PIERRE BAYLOCQ filed his Plan of Reorganization dated May 31, 2011 (the "Plan") for the Debtor in this case. The Court has approved the Roger Pierre Baylocq Corrected May 31 Disclosure Statement (the "Disclosure Statement") by its order entered August 8, 2011. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement you may obtain a copy from John White, Esq., 335 West First Street, Reno, NV 89503; Tel No: (775) 322-8000; (775) 322-1228 (fax). Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in a class as indicated under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by John White, Esq., 335 West First Street, Reno, NV 89503 by September 6, 2011, and such deadline is not extended, your vote will not count as either acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**ACCEPTANCE OR REJECTION OF THE PLAN**

*(If the voter is a holder of a secured, priority, or unsecured nonpriority claim:)*

WHITE LAW
CHARTERED
LAWYERS
H CENTURY BLDG.
W. FIRST STREET
NO, NV 89503
775) 322-8000
775) 322-1228

The undersigned, the holder of a Class [ 8 ] claim against the Debtor in the unpaid amount of One thousand six eighty five & 91/100 dollars Dollars ($ 1685.91)

(Check one box only)

[✓] ACCEPTS THE PLAN [ ] REJECTS THE PLAN

Dated: 8-16-11

Print or type name: Collection Service of Nevada

Signature: [signature], CEO

Title (if corporation or partnership): Corporation

Address: 777 Forest St.
Reno, NV 89509

RETURN THIS BALLOT TO:
John White, Esq.,
335 West First Street,
Reno, NV 89503

WHITE LAW CHARTERED
LAWYERS
TH CENTURY BLDG.
S W. FIRST STREET
ENO, NV 89503

(775) 322-8000
(775) 322-1228