John White, Esq., S.B. #1741  
White Law Chartered  
Twentieth Century Building  
335 West First St.  
Reno, NV 89503  
775-322-8000  
775-322-1228  
john@whitelawchartered.com  
Attorney for Roger Pierre Baylocq

E-filed on : September 26, 2011

UNITED STATES BANKRUPTCY COURT  
FOR THE DISTRICT OF NEVADA

In re:                                                    ) CASE NO: BK-N-10-51372-gwz  
                                                          )  
                                                          ) Chapter 11  
ROGER PIERRE BAYLOCQ,                                     )  
                                                          ) ERRATA TO  
                                                          ) ROGER PIERRE BAYLOCQ'S  
                                                          ) PLAN BALLOT SUMMARY  
                                                          )  
         Debtor-in-possession.                            ) Hearing Date: September 27, 2011  
_____/                          ) Hearing Time: 2:00 p.m.

The Debtor, ROGER PIERRE BAYLOCQ, hereby files this Errata to Roger Pierre Baylocq's Plan Ballot Summary (Docket 143) filed on September 23, 2011, to correct the hearing time from 10:00 a.m. to 2:00 p.m. . All the other information remains the same.

Dated this 26th day of September 2011.

WHITE LAW CHARTERED

By:_____  
John White, Esq.  
Attorney for Debtor

1

CERTIFICATE OF SERVICE

I hereby certify that pursuant to Federal Rule of Procedure 5 (b), a true and correct copy of the attached Errata to Debtor's Plan Ballot Summary was served on the following interested parties as follows:

X a. via ECF System on September 26, 2011:

    Kathryn S. Armstrong karmstrong@ag.nv.gov, ldeming@ag.nv.gov

    Leo P. Bergin        lbergin@mcdonaldcarano.com

    Michael W. Chen      yvette@ccfirm.com; m.rosales@ccfirm.com; tsharpe@ccfirm.com

    Richard G. Hill        greccelle@richardhillaw.com,cdetlie@richardhillaw.com

    Christopher D. Jaime    cjaime@mclrenolaw.com,kbernhardt@mclrenolaw.com

    Susan Ball Rothe rothes@reno.gov, DieefenbachJ@reno.gov

    Amy N. Tirre amy@amytirrelaw.com

    U.S. Trustee -RN-11       USTPRegion17.RE.ECF@usdoj.gov

    John White      Bankruptcy@whitelawchartered.com, john@whitelawcharterd.com

    Rollin G. Thorley  rollin.g.thorley@irscounsel.treas.gov

I declare under penalty of perjury that the foregoing is true and correct.

Signed on: September 26, 2011.

                                                            /s/ Mary Hernandez
                                                            Mary Hernandez, Employee,
                                                            White Law Chartered

WHITE LAW CHARTERED LAWYERS
20TH CENTURY BLDG.
335 W. FIRST STREET
RENO, NV 89503
T (775) 322-8000
F (775) 322-1228