ECF FILED ON December 14, 2012

Michael W. Chen, Esquire
Nevada Bar No. 7307
Charles L. Kennon, III, Esq.
Nevada Bar No. 7772
THE COOPER CASTLE LAW FIRM
A Multi-Jurisdictional Law Firm
5275 S. Durango Drive
Las Vegas, NV 89113
(702) 435-4175/(702) 259-6560 (facsimile)
mrosales@ccfirm.com
Loan No. 0202665907 / Our File No. 10-06-6997-

Attorney for Secured Creditor SunTrust Mortgage Inc.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| In re: | |
|---|---|
| ROGER PIERRE BAYLOCQ<br><br>Debtor(s) | CHAPTER 11<br>BANKRUPTCY NO.: 10-51372-GWZ<br>DATE: Dec. 19, 2012<br>TIME: 10:00 AM |

## RESPONSE TO MOTION TO COMPEL PERFORMANCE UNDER CONFIRMED PLAN (SUNTRUST)

SunTrust Mortgage Inc. is a Secured Creditor in the above-entitled bankruptcy proceeding and hereby submits the following Response to the Debtor's Motion to Compel Performance Under Confirmed Plan (SunTust), and states as follows:

1. SunTrust holds a security interest in the form of a first deed of trust on the property located at 2370 Del Monte Lane, Reno, NV 89511. It is working to accomplish the conveyance of the subject property back into the name of Debtor herein as set forth in the court order cited in Debtor's motion.

2. SunTrust has not engaged in willful disobedience or deliberate delay in implementing the orders of this court. It will comply with both the order of this court and the order confirming Debtor's Plan.

WHEREFORE, Secured Creditor prays as follows:

- 1 -

1

2  (1) Debtors' Motion to Compel Performance Under Confirmed Plan be denied;

3  (2) For any and all other relief that this Court deems appropriate.

4

5                  */s/ Charles L. Kennon, III*
                Charles L. Kennon, III, Esq.
6                 Nevada Bar No. 7772
                Michael W. Chen, Esquire
7                 Nevada Bar No. 7307
                5275 S. Durango Drive
8                 Las Vegas, NV 89113
                Attorneys for Secured Creditor
9                 **SunTrust Mortgage Inc.**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**CERTIFICATE OF SERVICE**

The undersigned hereby declares and certifies that on December 14, 2012, a copy of the Secured Creditors RESPONSE TO MOTION TO COMPEL PERFORMANCE UNDER CONFIRMED PLAN was served on the parties through the following means:

**Electronically mailed to:**

COUNSEL FOR DEBTOR(S)  
JOHN WHITE, ESQ.  
bankruptcy@whitelawchartered.com

TRUSTEE  
U.S. TRUSTEE-LV-11  
USTPRegion17.lv.ecf@usdoj.gov

**Depositing a copy in the United States Mail, postage prepaid and addressed to:**

Roger Pierre Baylocq  
1275 Stardust Street  
Reno, NV 89503

Roger Pierre Baylocq  
2370 Del Monte Lane  
Reno, NV 89511

I declare under penalty of perjury that the foregoing is true and correct.

_____  
An employee of THE COOPER CASTLE LAW FIRM