Honorable Gregg W. Zive
United States Bankruptcy Judge

Entered on Docket
December 27, 2012

John White, Esq., S.B.#1741
White Law Chartered
335 West First St.
Reno, NV 89503
775-322-8000
775-322-1228 (Fax)
john@whitelawchartered.com
Attorney for the Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:

ROGER PIERRE BAYLOCQ,

Debtor.

CASE NO: BK-N-10-51372-gwz

Chapter 11

**ORDER ON MOTION TO COMPEL PERFORMANCE UNDER CONFIRMED PLAN**

Date of Hearing: 12/19/12
Time of Hearing: 10:00 a.m.

Debtor Roger Baylocq's Motion to Compel Performance under Confirmed Plan, filed herein on August 20, 2012 ("Motion to Compel"), SunTrust Mortgage, Inc. ("SunTrust") having filed a response to the Motion To Compel on December 14, 2012 (Docket No. 179) and a Supplemental (Damages) Declaration of Roger Baylocq in Support of Motion to Compel having been filed by the Debtor on December 18, 2012 (Docket 180), the Motion to Compel having come on regularly for hearing before this Court on December 19, 2012 on its 10:00 a.m. calendar, John White, Esq. appearing for the Debtor, Roger Pierre Baylocq ("Debtor"),

1

appearing personally, and Charles L. Kennon, III, Esq., appearing telephonically for SunTrust and it appearing that the hearing was duly noticed and that the Order Confirming the Roger Pierre Baylocq's May 31, 2011 Plan of Reorganization, entered herein April 9, 2012 (Docket 169) ("Order Confirming Plan"), requires SunTrust and US Bank National Association to, among other things, deed certain real property situate at 2370 Delmonte Lane, Reno, NV 89511 to Debtor, and it further appearing that said property has not yet been conveyed to Debtor as required by the Order Confirming Plan, and the court being fully apprised in the premises,

IT IS HEREBY ORDERED that:

1. SunTrust shall comply with the provisions of the Order Confirming Plan which pertain to 2370 Delmonte Lane, Reno, NV on or before December 31, 2012.

2. SunTrust shall promptly send a retraction of all derogatory or negative credit information or remarks which it supplied to Experian and/or any other credit reporting agency that pertains to Roger Baylocq, from the Petition Date (April 15, 2010) through the present time and must inform any recipients of its November report that the Negative Information reported in November, 2012, is incorrect and should not have been posted. Promptly after accomplishing the corrections required by this paragraph, SunTrust shall supply Debtor with proof of its efforts to correct the erroneous information and any responses it has received from any credit reporting agencies.

3. SunTrust, by counsel, informed this Court at the time of the December 19, 2012 hearing on Debtor's Motion to Compel that he would contact counsel for Debtor with regard to Debtor's attorney's fees and other issues resulting from their non-compliance to date with this

Court's April 9, 2012 Order Confirming Plan. In the event that Debtor is unsatisfied with the results of these negotiations, Debtor's counsel may call the clerk of this Court and schedule a show cause hearing to occur in January, 2013, or such other date as is permitted by the Court's calendar.

IT IS SO ORDERED.

Submitted by:

WHITE LAW CHARTERED

By: /s/ John White, Esq.

Approved/Disapproved:

THE COOPER CASTLE LAW FIRM

By: /s/ Charles L. Kennon III
Charles L. Kennon, III, Esq.

###

3

CERTIFICATION PURSUANT TO LR 9021

Counsel submitting this document certifies that the order accurately reflects the Court's ruling and that (check one):

| | |
|---|---|
| ___ | The court has waived the requirements set forth in LR 9021(b)(1). |
| ___ | No party appeared at the hearing or filed an objection to the Motion. |
| _X_ | I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:<br><br>Charles Kennon, III, Esq. - (Copy delivered by email on Dec. 21, 2012) - Approved/ Disapproved on _12-24-12_ / Failed to respond<br><br>Unrepresented parties appearing- None |
| ___ | I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order, and no parties appeared or filed written objections. |

Dated this 24th day of December, 2012.

WHITE LAW CHARTERED

_____
JOHN WHITE, ESQ.

WHITE LAW
CHARTERED
LAWYERS
CENTURY BLDG
W FIRST STREET
NO NV 89503

775) 322 8000
775) 322 1228

4