John White, Esq., S.B.#1741  
White Law Chartered  
Twentieth Century Building  
335 West First St.  
Reno, NV 89503  
775-322-8000  
775-322-1228 (Fax)  
john@whitelawchartered.com  
Counsel for the Debtor

E-filed: February 7, 2013

UNITED STATES BANKRUPTCY COURT  
DISTRICT OF NEVADA

In re:

ROGER PIERRE BAYLOCQ,

Debtor.

_____/

CASE NO.: BK-N-10-51372-gwz

Chapter 11

NOTICE OF ENTRY OF ORDER

No Hearing Required

PLEASE TAKE NOTICE that on February 6, 2013, an **ORDER** (Docket 192) was entered in this Court's docket. A copy of the same is attached hereto.

Dated: February 7, 2013.

WHITE LAW CHARTERED

by: _____  
John White, Esq.  
Attorney for the Debtor

1

## CERTIFICATE OF SERVICE

I hereby certify under penalty and pain of perjury that I am an employee of White Law Chartered and that on the date shown below, I served a true and correct copy of the following document(s): NOTICE OF ENTRY OF ORDER, in the following manner:

_x_  a. Via the Court's ECF System to:

Kathryn S. Armstrong karmstrong@ag.nv.gov, ldeming@ag.nv.gov

Leo P. Bergin          lbergin@mcdonaldcarano.com

Michael W. Chen       yvette@ccfirm.com; m.rosales@ccfirm.com; tsharpe@ccfirm.com

Charles L Kennon ckennon@ccfirm.com

Richard G. Hill          greccelle@richardhillaw.com,cdetlie@richardhillaw.com

Christopher D. Jaime     cjaime@mclrenolaw.com,kbernhardt@mclrenolaw.com

Rollin G. Thorley         rollin.g.thorley@irscounsel.treas.gov

Susan Ball Rothe rothes@reno.gov, DieefenbachJ@reno.gov

Amy N. Tirre amy@amytirrelaw.com

U.S. Trustee -RN-11        USTPRegion17.RE.ECF@usdoj.gov

John White  Bankruptcy@whitelawchartered.com, john@whitelawcharterd.com

___ 2. By depositing a copy of the same in the United States Postal Office, Reno, Nevada, addressed to the parties described below:

n/a

I declare under penalty and perjury that the foregoing is true and correct.

Dated: February 7, 2013.

/s/ Tami Buchan
Tami Buchan

2

Honorable Gregg W. Zive
United States Bankruptcy Judge

Entered on Docket
February 06, 2013

John White, Esq., SB #1741
335 West First Street
Reno, NV 89503
775-322-8000
775-322-1228 (fax)
john@whitelawchartered.com
Attorney for Revested Debtor, Roger Pierre Baylocq

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | CASE NO.: 10-51372 |
| | Chapter 11 |
| ROGER PIERRE BAYLOCQ | |
| | **ORDER** |
| Revested Debtor. | |
| _____/ | Hearing Date: January 28, 2013 |
| | Hearing Time: 2:00 p.m. |

Debtor Roger Pierre Baylocq's Motion for Sanctions against SunTrust Mortgage, Inc. and U.S. Bank, NA ("Motion for Sanctions"), having regularly come on for hearing at the above-stated date and time, Debtor and his counsel White Law Chartered, John White, Esq. appearing and The Cooper Castle Law Firm, Charles L. Kennon, III, Esq. appearing for SunTrust Mortgage, Inc., ("SunTrust"), the court having heard testimony from Debtor, and

1

considered the arguments of counsel, and the court having stated its findings and conclusions on the record at the conclusion of the hearing as provided in F.R.Bank.P. 7052, and good cause appearing:

1. SunTrust is ordered to immediately convey the real property situate at 2370 Delmonte Lane, Reno, NV, more particularly described in Exhibit A, ("Property") to Debtor as provided in the parties' September 27, 2011 Stipulation (Docket 147), herein "Stipulation," approved by order entered herein on September 28, 2011 (Docket 149), and incorporated into the Roger Pierre Baylocq's May 31, 2011 Plan of Reorganization, as confirmed by order entered herein April 9, 2012 (Docket 169), herein "Plan". This shall be accomplished no later than 5:00 p.m. on Wednesday, January 30, 2013, <u>provided however</u> that if Debtor demands a grant deed to the Property from U.S. Bank, the transfer shall be accomplished no later than 5:00 p.m. on <u>Monday, February 11, 2013.</u>

2. SunTrust shall promptly pay Nine Thousand Five Hundred Dollars ($9,500.00) to White Law Chartered as and for its attorneys fees and costs in bringing and prosecuting the Motion for Sanctions, filed January 11, 2013 (Docket 183) and the earlier Motion to Compel filed herein by Debtor on August 20, 2012 (Docket 171).

3. Sun Trust shall pay Five Thousand Dollars ($5,000.00) to Roger Baylocq by reducing the outstanding balance of the note described in the Stipulation from $675.000 to $670,000.

2

4. In the event that this court determines to conduct any further hearing(s) on this matter, at least one senior officer from both U.S. Bank, N.A. and SunTrust, familiar with the matter at issue, shall personally appear at such hearing(s).

5. Debtor is excused from making any payment he was required to make by the terms of the Stipulation until the Property is conveyed. Assuming timely compliance with this Order, Debtor's first payment is due March 1, 2013. SunTrust is not entitled to collect on any escrow advances made up to this point.

6. The deed issued by U.S. Bank pursuant to this Order is for the purpose of implementing the provisions of the Stipulation and giving Debtor insurable title. A Deed of Trust in favor of SunTrust recorded against the Property in accordance with the Stipulation, as modified by this Order, shall remain a first lien against the Property, as provided in the Stipulation. No lien which was not a valid secured claim against the Property on the Effective Date of the Plan shall be revived by reason of this Order. The Internal Revenue Service lien asserted in Claim # 14, on file herein, shall be subordinate to the Deed of Trust described in the Stipulation.

7. This Court reserves jurisdiction to enter such further and other order(s) as may

3

be necessary to implement this Order.

8. This Order shall be effective immediately.

Submitted this 5th day of February, 2013.    Approved/Disapproved
by:    by:

WHITE LAW CHARTERED      THE COOPER CASTLE LAW FIRM

By: /s/ John White      By: /s/ Charles Kennon
    John White, Esq.      Charles L. Kennon, III Esq.

Approved/Disapproved

Approved/Disapproved

Internal Revenue Service

Roger Pierre Baylocq

See Attached
by: Rollin Thorley, Esq.

###

WHITE LAW
CHARTERED
LAWYERS
CENTURY BLDG
FIRST STREET
RENO, NV 89503

(775) 322 8000
(775) 322 1228

4

be necessary to implement this Order.

    8. This Order shall be effective immediately.

| | |
|---|---|
| Submitted this ___ day of February, 2013, by: | Approved/Disapproved by: |
| WHITE LAW CHARTERED | THE COOPER CASTLE LAW FIRM |
| By: /s/ John White <br>     John White, Esq. | By:_____ <br>     Charles L. Kennon, III Esq. |
| | Approved/Disapproved |
| Approved/Disapproved | Internal Revenue Service |
| _____ <br> Roger Pierre Baylocq | _____ <br> by: Rollin Thorley, Esq. |

###

CERTIFICATION PURSUANT TO LR 9021

Counsel submitting this document certifies that the order accurately reflects the Court's ruling and that (check one):

| | |
|---|---|
| ___ | The court has waived the requirements set forth in LR 9021(b)(1). |
| ___ | No party appeared at the hearing or filed an objection to the Motion. |
| _X_ | I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:<br><br>Charles Kennon, III, Esq. - (Copy delivered by email on February 1, 2013) - (Approved)/Disapproved on _____ / Failed to respond<br><br>Unrepresented parties appearing- None |
| ___ | I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order, and no parties appeared or filed written objections. |

Dated this 5th day of February, 2013.

WHITE LAW CHARTERED

_____
JOHN WHITE, ESQ.

5

# Exhibit "A"

Exhibit "A"

Case 10-51372-gwz    Doc 193    Entered 02/08/13 10:14:29    Page 10 of 10
Case 10-51372-gwz    Doc 142    Entered 06/28/11 15:34:59    Page 5 of 7
Case 10-51372-gwz    Claim 10-1    Filed 06/11/10    Page 20 of 28



3298679
10/31/2005
16 of 16

## EXHIBIT "A"
### Legal Description

All that certain real property situate in the County of Washoe, State of NEVADA, described as follows:

### PARCEL 1:

COMMENCING at the Southwest corner of the Northwest ¼ of the Northeast ¼ of Section 1, Township 18 North, Range 19 East, M.D.B.&M.; thence North 89°47' East along the Southern line of said Northwest ¼ of Northeast ¼ of said Section 1, a distance of 20.00 feet to the Eastern line of Del Monte Lane; thence along said Eastern line and along the Northeastern line of Del Monte Lane the three following courses and distances; North 0°13' West 278.55 feet; Northerly and Northwesterly on the arc of a curve to the left with a radius of 165.87 feet, central angle of 49°25', an arc distance of 140.79 feet to the true point of beginning; thence North 49°38' West 480.52 feet; thence North 54°04'43" West 463.86 feet to a point on the Southwesterly right of way of the Lake Ditch; thence South 34°10' East 32.5 feet; thence South 34°45' East 163.5 feet; thence South 25°45' East 155.45 feet; South 16°00' East 40 feet; thence South 21°45' East 218.46 feet to the Northerly side of Lake Ditch; thence along the Northerly side of Lake Ditch, North 81°57' West 138.8 feet; South 68°33' West 35.9 feet; South 52°23' West 89 feet; thence South 75°21' West 33.86 feet to the place of beginning.

### PARCEL 2:

TOGETHER with a right of way and easements for irrigation ditch from the service gate on the said Last Chance Ditch to the point of entrance on the above described premises, with the right of ingress and egress, to inspect, clean and repair said irrigation ditch.

The above legal description was taken from prior Document No. 3127142.

APN: 040-551-04