Charles L. Kennon, III, Esq.
Nevada Bar No. 7772
THE COOPER CASTLE LAW FIRM
A Multi-Jurisdictional Law Firm
5275 S. Durango Drive
Las Vegas, NV 89113
(702) 435-4175/(702) 259-6560 (facsimile)
jcraig@ccfirm.com

Loan No.  ******5907/Our File No. 10-06-6997-NV

Attorney for Secured Creditor SunTrust Mortgage Inc.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF RENO

In re:

ROGER PIERRE BAYLOCQ

Debtor(s)

CHAPTER 11
BANKRUPTCY NO.: 10-51372-GWZ

**NOTICE OF COMPLIANCE WITH FEBRUARY 6, 2013, ORDER,
WITH CERTIFICATE OF SERVICE**

TO:  **ROGER PIERRE BAYLOCQ    DEBTORS**
TO:  **JOHN WHITE, ESQ.    ATTORNEY FOR THE DEBTOR(S)**
TO:  **U.S. TRUSTEE-LV-11    CHAPTER 11 TRUSTEE**
TO:  **ALL INTERESTED PARTIES**
TO:  **THE CLERK OF THE ABOVE ENTITLED COURT**

Secured Creditor SunTrust Mortgage Inc. ("SunTrust"), hereby gives notice of its

compliance with the Court's February 6, 2013, Order, as follows:

1.     On or about March 13, 2013, SunTrust conveyed title of the subject real property to

the Debtor by recording with the Washoe County Recorder's Office the following documents:

a.     STIPULATION FOR TREATMENT OF CLAIM OF U.S. BANK

NATIONAL ASSOCIATION AS TRUSTEE FOR JP ALT 2006-S1, C/O

SUNTRUST MORTGAGE, INC., AS SERVICER AND MODIFICATION OF

PLAN OF REORGANIZATION, filed in this Court on September 27, 2011, Docket

#147, and recorded as Doc 4214544 with the Washoe County Recorder's Office;

- 1 -

b.   ORDER, filed in this Court on March 13, 2013, Docket #192, and recorded as Doc 4214545 with the Washoe County Recorder's Office;

c.   NOTICE OF RESCISSION OF TRUSTEE'S DEED, recorded as Doc 4214546 with the Washoe County Recorder's Office;

d.   NOTICE OF RESCISSION OF NOTICE OF BREACH AND DEFAULT AND OF ELECTION TO CAUSE SALE OF REAL PROPERTY UNDER DEED OF TRUST, recorded as Doc 4214547 with the Washoe County Recorder's Office; and

e.   QUITCLAIM DEED from U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR JP ALT 2006-S1 to ROGER PIERRE BAYLOCQ, recorded as Doc 4214548 with the Washoe County Recorder's Office.

2.   On or about February 21, 2013, a check for $9,500.00 was delivered to Debtor's counsel payable to Debtor's counsel.

3.   The outstanding balance of the subject note has been reduced by $5,000.00 from $675,000.00 to $670,000.00, the loan has been adjusted to remove escrow advances through the date of the order, and Debtor should commence making payments again on April 1, 2013.

Charles L. Kennon III

Charles L. Kennon, III, Esq.
Nevada Bar No. 7772
5275 S. Durango Drive
Las Vegas, NV 89113
Attorneys for Secured Creditor
**SunTrust Mortgage Inc.**

## CERTIFICATE OF SERVICE

The undersigned hereby declares and certifies that on May \14\, 2013, a copy of the NOTICE OF PAYMENT CHANGE (MORTGAGE) was served on the following parties through the following means:

**Electronically mailed to:**

COUNSEL FOR DEBTOR(S)          TRUSTEE
JOHN WHITE, ESQ.               U.S. TRUSTEE-LV-11
bankruptcy@whitelawchartered.com   USTPRegion17.lv.ecf@usdoj.gov

**Depositing a copy in the United States Mail, postage prepaid and addressed to:**

Roger Pierre Baylocq           Roger Pierre Baylocq
1275 Stardust Street           2370 Del Monte Lane
Reno, NV 89503                 Reno, NV 89511

I declare under penalty of perjury that the foregoing is true and correct.

_____
An employee of THE COOPER CASTLE LAW FIRM

DOC #4214544
03/13/2013 03:00:21 PM
Electronic Recording Requested By
FIRST AMERICAN NATIONAL DEFAULT
Washoe County Recorder
Kathryn L. Burke – Recorder
Fee: $22.00  RPTT: $0
Page 1 of 6

040-581-04

RECORDING REQUESTED BY:
FIRST AMERICAN TITLE
WHEN RECORDED MAIL TO
THE COOPER CASTLE LAW FIRM
5275 S. DURANGO DRIVE
LAS VEGAS, NV 8911      75067
10/6/6997
7976825-ACCOM

STIPULATION FOR TREATMENT OF CLAIM OF US
BANK NAT'L ASSOC. AS TRUSTEE

Michael W. Chen, Esquire
Nevada Bar No. 7307
THE COOPER CASTLE LAW FIRM
A Multi-Jurisdictional Law Firm
820 South Valley View Blvd.
Las Vegas, NV 89107
(702) 435-4175/(702) 435 4181 (facsimile)
Loan No. ******5907/ Our File No. 10-06-6997

Attorney for Secured Creditor
US Bank National Assoc. as trustee for JP ALT 2006-S1, c/o SunTrust Mortgage, Inc. as servicer

**ECF FILED ON:**

**SEP 27 2011**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:

Roger Pierre Baylocq,

              Debtor(s)

CHAPTER 11
BANKRUPTCY NO.: 10-51372-GWZ
DATE:
TIME:

**STIPULATION FOR TREATMENT OF CLAIM OF US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR JP ALT 2006-S1, C/O SUNTRUST MORTGAGE, INC.AS SERVICER AND MODIFICATION OF PLAN OF REORGANIZATION**

THIS MATTER HAVING been negotiated in good faith as between the parties, Michael W. Chen, Esq. of THE COOPER CASTLE LAW FIRM attorneys of record for Secured Creditor US Bank National Assoc. as trustee for JP ALT 2006-S1, c/o SunTrust Mortgage, Inc. as servicer, and the Debtor in Possession Roger Pierre Baylocq, appearing through John White, Esq. of the law offices of White Law Chartered, and this Court being fully advised on the premises, and good cause appearing;

IT IS HEREBY STIPULATED, AGREED AND ORDERED that pursuant to parties' settlement of the title dispute over the subject real property known as 2370 Del Monte Lane, Reno, NV 89511 dated August 26, 2011, in which the parties herein agree to restore title of said property to the Debtor in Possession, reinstate the deed of trust/promissory note obligation encumbering said property dated October 25, 2005 (as document no. 3299679, recorded October 31, 2005), to reinstate the Proof of Claim dated June 11, 2010 (claims register no. 16-1) filed by SunTrust Mortgage, Inc., and further stipulate to the modification of the Debtors' proposed Plan of

Reorganization (to the extent necessary) to accommodate and pay upon secured creditor's reinstated claim in the following fashion: The parties agree to a consensual secured claim amount of $675,000.00 to US Bank National/SunTrust Mortgage, Inc., to be paid over 30 years at an annual interest rate of 5.0%. The payment each month is the amount of $3,623.55, commencing on the first day of the first full month following the effective date of the confirmed Chapter 11 Plan of Reorganization, and continuing thereafter on the first day of each month for the next consecutive 360 months. Payments are due on the 1st day of each month. There shall be a contractual "grace period" of fifteen (15) days for late payments pursuant to the promissory note. Said payments shall be made directly to US Bank National Association, as trustee, c/o SunTrust Mortgage, Inc. 1001 Semmes Ave. Richmond, VA 23224 (or wherever further directed to by SunTrust Mortgage, Inc.). The balance of US Bank National Association's/SunTrust Mortgage, Inc.'s, claim (unsecured portion) will be paid along with all other general unsecured claimants in accordance with the confirmed Plan. The parties also agree to cooperate in regards to a continuing property insurance claim regarding the subject real property, and shall take whatever actions necessary to repair said property consummate the Chapter 11 Plan of Reorganization,. If not earlier endorsed, and subject to a concurrent stipulation for use of cash collateral if prior to confirmation herein, SunTrust Mortgage, Inc. shall endorse Travelers Insurance Check No. 144643355 in the amount of $24,714.12, payable to Roger Baylocq and SunTrust Mortgage, Inc., dated October 29, 2010 (or any substituted check issued by Travelers therefore), and returning it to Debtor on or before October 4, 2011 at 1275 Stardust St., Reno, NV 89503 by overnight mail service. SunTrust shall further endorse any other checks or payment vouchers Debtor receives from Travelers Insurance by reason of claims made or to be made by Debtor for winter storm damage suffered by the subject real property in December 2009 (currently Travelers File No. 292 FR HEL1921 E).

IT IS FURTHER STIPULATED, AGREED AND ORDERED that the Debtor must maintain current/adequate property insurance coverage (a furnish proof thereof to secured creditor) pursuant to the terms of the promissory note, and must also pay current all relevant property taxes on the subject real property. All other terms of the herein reinstated promissory note not otherwise modified by the Chapter 11 Plan of Reorganization shall be adopted and incorporated into the Plan.

- 2 -

IT IS FURTHER STIPULATED, AGREED AND ORDERED that in the event that the Debtor fails to comply with the monthly payments ordered above, or fails to maintain adequate property insurance or keep up property tax payments, Secured Creditor, its assignees and/or successors in interest, shall have all available remedies available to it pursuant to the terms of the promissory note, deed of trust and under federal and/or state law including, but not limited to forced place insurance, acceleration of the note, foreclosure of and holding a Trustee's Sale on the subject property, and commence any action necessary to obtain complete possession of the subject Property. No further notice to, or action of the Court, shall be required for Secured Creditor to exercise its remedies following confirmation of the Plan and implementation of same.

IT IS FURTHER STIPULATED, AGREED AND ORDERED that in the event the case dismisses or converts to a Chapter 7 proceeding, the Secured Creditor's claim will be fully reinstated, and any non-contractual payment arrangement based upon a modification of this claim through the former Chapter 11 Plan of Reorganization will be nullified and void. Secured Creditor will thereafter issue a written notice for the total arrears to include any and all amounts and accrued interest due under the promissory note that would have been paid and/or waived through the former Chapter 11 Plan, which Debtor will be given a ten (10) day period to cure. In the event Debtor fails to cure said arrears after the ten (10) day period has expired, Secured Creditor shall submit an Ex Parte Order Terminating the Automatic Stay. Upon entry of the Ex Parte Order, the Automatic Stay shall be immediately extinguished for all purposes as to the Secured Creditor US Bank National Assoc. as trustee for JP ALT 2006-S1, c/o SunTrust Mortgage, Inc. as trustee, its assignees and/or successors in interest, may proceed with a foreclosure of and hold a Trustee's Sale on the subject property, pursuant to applicable state law, and commence any action necessary to obtain complete possession of the subject Property.

IT IS FURTHER STIPULATED, AGREED AND ORDERED that the parties shall take any and all actions necessary to implement the aforementioned terms of settlement and repayment of Secured Creditor's claim, and that the Debtors' Chapter 11 Plan is hereby modified (specifically to the claim of Secured Creditor) to include, ratify and adopt all of the terms stated herein and also adopts all collateral actions and subsequent agreements in furtherance of the same.

- 3 -

1  IT IS FURTHER STIPULATED, AGREED AND ORDERED that Secured Creditor will

2  support and/or vote in favor of confirmation of the Debtors' Plan of Reorganization that

3  incorporates the above terms.

4

5  Submitted by:

6  THE COOPER CASTLE LAW FIRM
   A Multi-Jurisdictional Law Firm

7  By:  /s/ Michael W. Chen            Date:  9-27-11
        Michael W. Chen, Esq.

8      Attorney for Secured Creditor
       US Bank National Assoc. as trustee, c/o SunTrust Mortgage, Inc, as servicer

9

10  APPROVED/DISAPPROVED

11  By:                               Date:  9-27-11
        John White, Esq.

12      Attorney for Debtor in Possession

13

14

15                                    I certify that this is a true copy.

16                                    Attest:

17                                    Deputy Clerk, Bankruptcy Court

18

19

20

21

22

23

24

25

-4-



# WASHOE COUNTY
# RECORDER

**OFFICE OF THE RECORDER**
**KATHRYN L. BURKE, RECORDER**

**1001 E. NINTH STREET**
**POST OFFICE BOX 11130**
RENO, NEVADA 89520-0027
PHONE (775) 328-3661
FAX (775) 325-8010

## LEGIBILITY NOTICE

The Washoe County Recorder's Office has determined that the attached document may not be suitable for recording by the method used by the Recorder to preserve the Recorder's records. The customer was advised that copies reproduced from the recorded document would not be legible. However, the customer demanded that the document be recorded without delay as the parties rights may be adversely affected because of a delay in recording. Therefore, pursuant to NRS 247.120 (3), the County Recorder accepted the document conditionally, based on the undersigned's representation (1) that a suitable copy will be submitted at a later date (2) it is impossible or impracticable to submit a more suitable copy.

By my signing below, I acknowledge that I have been advised that once the document has been microfilmed it may not reproduce a legible copy.

_____
Signature

3/13/13
Date

_____
Augustine A Jimenez
Printed Name

DOC #4214545
03/13/2013 03:00:21 PM
Electronic Recording Requested By
FIRST AMERICAN NATIONAL DEFAULT
Washoe County Recorder
Kathryn L. Burke – Recorder
Fee: $26.00  RPTT: $0
Page 1 of 10

040-581-04
RECORDING REQUESTED BY:
FIRST AMERICAN TITLE
WHEN RECORDED MAIL TO
THE COOPER CASTLE LAW FIRM
5275 S. DURANGO DRIVE
LAS VEGAS, NV 8911      75067

7976825-accomodation

BANKRUPTCY COURT ORDER

1

2

3                                      _____
                                       Honorable Gregg W. Zive
4                                      United States Bankruptcy Judge
     **Entered on Docket**
5    **February 06, 2013**

6

7

8    John White, Esq., SB #1741          I certify that this is a true copy:
     335 West First Street               Attest: _Maria E. Garrett_
9    Reno, NV 89503                      Deputy Clerk, Bankruptcy Court
10   775-322-8000
11   775-322-1228 (fax)
     john@whitelawchartered.com
12   Attorney for Revested Debtor, Roger Pierre Baylocq

13

14                       UNITED STATES BANKRUPTCY COURT
                                 DISTRICT OF NEVADA
15   In re:                              CASE NO.: 10-51372

16                                       Chapter 11

17   ROGER PIERRE BAYLOCQ

18        Revested Debtor,               **ORDER**

19   _____/           Hearing Date: January 28, 2013
                                         Hearing Time: 2:00 p.m.
20

21       Debtor Roger Pierre Baylocq's  Motion for Sanctions against SunTrust Mortgage,

22   Inc. and U.S. Bank, NA ("Motion for Sanctions"), having regularly come on for hearing at

23   the above-stated date and time, Debtor and his counsel White Law Chartered, John White,

24   Esq. appearing and The Cooper Castle Law Firm, Charles L. Kennon, III, Esq. appearing for

25

26   SunTrust Mortgage, Inc., ("SunTrust"), the court having heard testimony from Debtor, and

27
     WHITE LAW
     CHARTERED
     LAWYERS
28   6TH CENTURY BLDG
     35 W FIRST STREET
     RENO, NV 89503                                        1

     T (775) 322-8000
     F (775) 322-1228

considered the arguments of counsel, and the court having stated its findings and conclusions on the record at the conclusion of the hearing as provided in F.R.Bank.P. 7052, and good cause appearing:

1. SunTrust is ordered to immediately convey the real property situate at 2370 Delmonte Lane, Reno, NV, more particularly described in Exhibit A, ("Property") to Debtor as provided in the parties' September 27, 2011 Stipulation (Docket 147), herein "Stipulation," approved by order entered herein on September 28, 2011 (Docket 149), and incorporated into the Roger Pierre Baylocq's May 31, 2011 Plan of Reorganization, as confirmed by order entered herein April 9, 2012 (Docket 169), herein "Plan". This shall be accomplished no later than 5:00 p.m. on Wednesday, January 30, 2013, provided however that if Debtor demands a grant deed to the Property from U.S. Bank, the transfer shall be accomplished no later than 5:00 p.m. on Monday, February 11, 2013.

2. SunTrust shall promptly pay Nine Thousand Five Hundred Dollars ($9,500.00) to White Law Chartered as and for its attorneys fees and costs in bringing and prosecuting the Motion for Sanctions, filed January 11, 2013 (Docket 183) and the earlier Motion to Compel filed herein by Debtor on August 20, 2012 (Docket 171).

3. Sun Trust shall pay Five Thousand Dollars ($5,000.00) to Roger Baylocq by reducing the outstanding balance of the note described in the Stipulation from $675,000 to $670,000.

WHITE LAW
CHARTERED
LAWYERS
6th CENTURY BLDG
38 # FIRST STREET
RENO, NV 89503

r  (775) 322 8000
r  (775) 322-1228

2

4. In the event that this court determines to conduct any further hearing(s) on this matter, at least one senior officer from both U.S. Bank, N.A. and SunTrust, familiar with the matter at issue, shall personally appear at such hearing(s).

5. Debtor is excused from making any payment he was required to make by the terms of the Stipulation until the Property is conveyed. Assuming timely compliance with this Order, Debtor's first payment is due March 1, 2013. SunTrust is not entitled to collect on any escrow advances made up to this point.

6. The deed issued by U.S. Bank pursuant to this Order is for the purpose of implementing the provisions of the Stipulation and giving Debtor insurable title. A Deed of Trust in favor of SunTrust recorded against the Property in accordance with the Stipulation, as modified by this Order, shall remain a first lien against the Property, as provided in the Stipulation. No lien which was not a valid secured claim against the Property on the Effective Date of the Plan shall be revived by reason of this Order. The Internal Revenue Service lien asserted in Claim # 14, on file herein, shall be subordinate to the Deed of Trust described in the Stipulation.

7. This Court reserves jurisdiction to enter such further and other order(s) as may

WHITE LAW
CHARTERED
LAWYERS
6TH CENTURY BLDG
39 W FIRST STREET
RENO NV 89503

T (775) 322-8000
F (775) 322-1228

3

be necessary to implement this Order.

　　　　8. This Order shall be effective immediately.

Submitted this 5th day of February, 2013.    Approved/Disapproved
by:                                          by:

WHITE LAW CHARTERED                          THE COOPER CASTLE LAW FIRM

By: _/s/ John White_                         By: _/s/ Charles Kennon_
　　John White, Esq.                         　　Charles L. Kennon, III Esq.

Approved/Disapproved                         Approved/Disapproved

_[signature]_                                Internal Revenue Service

Roger Pierre Baylocq                         _See Attached_
                                             by: Rollin Thorley, Esq.

　　　　　　　　　　　　　　　　　　###

WHITE LAW
CHARTERED
LAWYERS
6TH CENTURY BLDG
18 W FIRST STREET
RENO, NV 89503

t (775) 322-8000
f (775) 322-1228

4

Case 10-51372-gwz    Doc 196    Entered 05/14/13 12:05:46    Page 15 of 28

4214545  Page 6 of 10 – 03/13/2013 03:00:21 PM

FEB-05-2013 16:09 From:IRS    Case 10-51372-gwz    Doc 192    Entered 02/06/13 14:59:58    Page 5 of 8
7028685440                     To:7753221228              P.5/7

be necessary to implement this Order.

    8. This Order shall be effective immediately.

Submitted this ___ day of February, 2013,
by:

WHITE LAW CHARTERED

By: _/s/ John White_____
    John White, Esq.


Approved/Disapproved


_____
Roger Pierre Baylocq

Approved/Disapproved
by:

THE COOPER CASTLE LAW FIRM

By:_____
    Charles L. Kennon, III Esq.

Approved/Disapproved

Internal Revenue Service

by: Rollin Thorley, Esq.


    ###


4

CERTIFICATION PURSUANT TO LR 9021

Counsel submitting this document certifies that the order accurately reflects the Court's ruling and that (check one):

| | |
|---|---|
| __ | The court has waived the requirements set forth in LR 9021(b)(1). |
| __ | No party appeared at the hearing or filed an objection to the Motion. |
| X | I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:<br><br>Charles Kennon, III, Esq. - (Copy delivered by email on February 1, 2013) - Approved/Disapproved on _____ / Failed to respond<br><br>Unrepresented parties appearing- None |
| __ | I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order, and no parties appeared or filed written objections. |

Dated this 5 th day of February, 2013.

WHITE LAW CHARTERED

JOHN WHITE, ESQ.

WHITE LAW
CHARTERED
LAWYERS
6TH CENTURY BLDG
15 W. FIRST STREET
RENO NV 89503

T (775) 322 8000
F (775) 322 1228

5

# Exhibit "A"

# Exhibit "A"



Case 10-51372-gwz    Doc 142    Entered 02/08/13 14:59:58    Page 8 of 8

**EXHIBIT "A"**
**Legal Description**

All that certain real property situate in the County of Washoe, State of NEVADA, described as follows:

**PARCEL 1:**

**COMMENCING** at the Southwest corner of the Northwest ¼ of the Northeast ¼ of Section 1, Township 19 North, Range 19 East, M.D.B.&M.; thence North 89°47' East along the Southern line of said Northwest ¼ of Northeast ¼ of said Section 1, a distance of 20.00 feet to the Eastern line of Del Monte Lane; thence along said Eastern line and along the Northeastern line of Del Monte Lane the three following courses and distances; North 0°13' West 278.55 feet; Northerly and Northwesterly on the arc of a curve to the left with a radius of 165.97 feet, central angle of 49°25', an arc distance of 140.79 feet to the true point of beginning; thence North 49°38' West 480.52 feet; thence North 54°04'43" West 463.86 feet to a point on the Southwesterly right of way of the Lake Ditch; thence South 34°10' East 32.5 feet; thence South 34°45' East 163.5 feet; thence South 25°45' East 155.45 feet; South 16°00' East 40 feet; thence South 21°45' East 218.46 feet to the Northerly side of Lake Ditch; thence along the Northerly side of Lake Ditch, North 81°57' West 138.8 feet; South 68°33' West 35.9 feet; South 52°23' West 89 feet; thence South 75°21' West 33.86 feet to the place of beginning.

**PARCEL 2:**

**TOGETHER** with a right of way and easement for irrigation ditch from the service gate on the said Last Chance Ditch to the point of entrance on the above described premises, with the right of ingress and egress, to inspect, clean and repair said irrigation ditch.

The above legal description was taken from prior Document No. 3127142.

APN: 040-581-04



# WASHOE COUNTY
# RECORDER

**OFFICE OF THE RECORDER**
**KATHRYN L. BURKE, RECORDER**

1001 E. NINTH STREET
POST OFFICE BOX 11130
RENO, NEVADA 89520-0027
PHONE (775) 328-3661
FAX (775) 325-8010

## LEGIBILITY NOTICE

The Washoe County Recorder's Office has determined that the attached document may not be suitable for recording by the method used by the Recorder to preserve the Recorder's records. The customer was advised that copies reproduced from the recorded document would not be legible. However, the customer demanded that the document be recorded without delay as the parties rights may be adversely affected because of a delay in recording. Therefore, pursuant to NRS 247.120 (3), the County Recorder accepted the document conditionally, based on the undersigned's representation (1) that a suitable copy will be submitted at a later date (2) it is impossible or impracticable to submit a more suitable copy.

By my signing below, I acknowledge that I have been advised that once the document has been microfilmed it may not reproduce a legible copy.

_____
Signature

3/13/13
Date

Augustine A. Jimenez
Printed Name

DOC #4214546
03/13/2013 03:00:21 PM
Electronic Recording Requested By
FIRST AMERICAN NATIONAL DEFAULT
Washoe County Recorder
Kathryn L. Burke – Recorder
Fee: $19.00  RPTT: $0
Page 1 of 3

040-581-04
RECORDING REQUESTED BY:
FIRST AMERICAN TITLE
WHEN RECORDED MAIL TO
AND MAIL TAX TAX STATEMENT TO
ROGER PIERRE BAYLOCQ
1275 STARDUST      DRIVE
RENO, NV              89503
7976825-ACCOM

NOTICE OF RESCISSION OF TRUSTEE'S
DEED UPON SALE

Requested and Prepared by:
**Cooper Castle Law Firm, LLP**

When Recorded Mail To:
**Cooper Castle Law Firm, LLP**
**5275 S. Durango Drive**
**Las Vegas, NV 89113**

7976825 _____ Accomodation _____

T.S.#:     10-06-6997-NV
APN #:    040-581-04

### NOTICE OF RESCISSION OF TRUSTEE'S DEED UPON SALE

This Notice of Rescission is made pursuant to the *Stipulation For Treatment of Claim of US Bank National Association, as Trustee for JP ALT 2006-S1, c/o SunTrust Mortgage, Inc., as Servicer and Modification of Plan of Reorganization* (the "Stipulation") entered on September 27, 2011, as Docket No. 147 in *In Re Baylocq*, U.S. Bankruptcy Court for the District of Nevada, Case No. 10-51372.

WHEREAS:

1. The Cooper Castle Law Firm, LLP, was the duly appointed Trustee under that certain Deed of Trust dated October 31, 2005 and recorded as Instrument No. 3299679 wherein Roger Baylocq are named as trustor(s), First Centennial Title Company was named as trustee, and Colonial Bank, N.A. was named as original beneficiary;

2. That Deed of Trust encumbers real property located in the County of Washoe, State of Nevada, described as follows: 2370 Del Monte Lane, Reno, NV 89511;

3. By virtue of a default under the terms of the Deed of Trust, the beneficiary did declare a default, as set forth in a Notice of Default recorded on January 02, 2009 as Instrument No. 3716739 in the office of the Recorder of Washoe County, State of Nevada;

4. The subject property was foreclosed on or about June 04, 2009, with the Trustee's Deed upon Sale being recorded on or about July 14, 2009 as Instrument No. 3780944;

5. The Trustee has been informed that pursuant to the *Stipulation For Treatment of Claim of US Bank National Association, as Trustee for JP ALT 2006-S1, c/o SunTrust Mortgage, Inc., as Servicer and Modification of Plan of Reorganization* (the "Stipulation") entered on September 27, 2011, as Docket No. 147 in In Re Baylocq, U.S. Bankruptcy Court for the District of Nevada, Case No. 10-51372 the subject property is to be conveyed back to the Debtor, Roger Pierre Baylocq.

6.  THE EXPRESS PURPOSE of this Notice of Rescission is to facilitate the return of
ownership of the subject property to Roger Pierre Baylocq and to place the Deed of
Trust dated October 31, 2005, and recorded as Instrument No. 3299679, back in the
priority and first position lien holder status as before the foreclosure.

    NOW THEREFORE, THE UNDERSIGNED HEREBY RESCINDS THE TRUSTEE'S
SALE AND PURPORTED TRUSTEE'S DEED UPON SALE AND HEREBY ADVISES ALL
PERSONS THAT THE TRUSTEE'S DEED UPON SALE DATED June 04, 2009 AND
RECORDED on July 14, 2009 AS INSTRUMENT NO. 3780944 IN WASHOE COUNTY,
STATE OF NEVADA, FROM THE COOPER CASTLE LAW FIRM, LLP (TRUSTEE) TO
U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR JP ALT 2006-S1 (GRANTEE)
IS HEREBY RESCINDED, AND IS AND SHALL BE OF NO FORCE AND EFFECT
WHATSOEVER.  THE DEED OF TRUST DATED OCTOBER 31, 2005, RECORDED AS
INSTRUMENT NO. 3299679, IS AND REMAINS IN FULL FORCE AND EFFECT.

Dated: **March 5, 2013**

                              **THE COOPER CASTLE LAW FIRM, LLP**


                              By: _____
                              Name: _Matthew Dayton_
                              Title: _Attorney_

State of Nevada        } ss.

County of **CLARK**    }

On March 5, 2013 before me, J. Stevenson Notary Public, personally appeared Matthew
Dayton, personally known to me (or proved to me on the basis of satisfactory evidence) to be
the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me
that he/she/they executed the same in his/her/their authorized capacity(ies), and that by
his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the
person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature _____ (Seal)

```
NOTARY PUBLIC
STATE OF NEVADA
County of Clark
J. STEVENSON
Appt. No. 99-59172-1
My Appt. Expires Aug. 19, 2015
```

Roger Baylocq / 10-06-6997-

DOC #4214547
03/13/2013 03:00:21 PM
Electronic Recording Requested By
FIRST AMERICAN NATIONAL DEFAULT
Washoe County Recorder
Kathryn L. Burke – Recorder
Fee: $18.00 RPTT: $0
Page 1 of 2

**WHEN RECORDED MAIL TO:**
Cooper Castle Law Firm, LLP
5275 S. Durango Drive
Las Vegas, NV 89113

7976825    Accomodation

T.S. No.:                10-06-6997-NV
APN:                     040-581-04
Title Report No.:        3872590

## NOTICE OF RESCISSION OF NOTICE OF BREACH AND DEFAULT AND OF ELECTION TO CAUSE SALE OF REAL PROPERTY UNDER DEED OF TRUST

**NOTICE IS HEREBY GIVEN THAT** pursuant to the *Stipulation For Treatment of Claim of US Bank National Association, as Trustee for JP ALT 2006-S1, c/o SunTrust Mortgage, Inc., as Servicer and Modification of Plan of Reorganization* (the "Stipulation") entered on September 27, 2011, as Docket No. 147 in *In Re Baylocq*, U.S. Bankruptcy Court for the District of Nevada, Case No. 10-51372, the *Notice Of Rescission Of Notice Of Breach And Default And Of Election To Cause Sale Of Real Property Under Deed Of Trust* that was recorded on or about January 02, 2009 in the office of the Recorder of Washoe County, Nevada, Instrument No. 3716739, is hereby rescinded.

The Cooper Castle Law Firm, LLP, was the duly appointed Trustee under a Deed of Trust dated October 25, 2005, executed by Roger Baylocq, as Trustor to secure certain obligations in favor of Colonial Bank, N.A., recorded on October 31, 2005 as Instrument No. 3299679 of Official Records in the Office of the Recorder of Washoe County, Nevada describing land therein as more fully described on the above referenced deed of trust. By virtue of a default under the terms of the Deed of Trust, the beneficiary did declare a default, as set forth in a Notice of Default recorded on January 02, 2009 as Instrument No. 3716739 in the office of the Recorder of Washoe County, State of Nevada.

The Trustee has been informed that pursuant to the *Stipulation For Treatment of Claim of US Bank National Association, as Trustee for JP ALT 2006-S1, c/o SunTrust Mortgage, Inc., as Servicer and Modification of Plan of Reorganization* (the "Stipulation") entered on September 27, 2011, as Docket No. 147 in In Re Baylocq, U.S. Bankruptcy Court for the District of Nevada, Case No. 10-51372 the subject property is to be conveyed back to the Debtor, Roger Pierre Baylocq. The express purpose of this Notice of Rescission is to facilitate the return of ownership of the subject property to Roger Pierre Baylocq and to place the Deed of Trust dated October 31, 2005, and recorded as Instrument No. 3299679, back in the priority and first position lien holder status as before the foreclosure.

NOW, THEREFORE, NOTICE IS HEREBY GIVEN that the Trustee does hereby rescind, cancel and withdraw said Declaration of Default and Demand for Sale and said Notice of Breach and Election to Cause Sale; it being understood, however, that this rescission shall not in any manner be construed as waiving or affecting any breach or default--past, present or future under said Deed of Trust, or as impairing any right or remedy thereunder, but is, and shall be

deemed to be, only an election, without prejudice, to comply with the court order referenced above.

This rescission shall in no way jeopardize or impair any right, remedy or privilege secured to the Beneficiary and/or the Trustee, under said Deed of Trust, nor modify nor alter in any respect any of the terms, covenants, conditions or obligations thereof, and said Deed of Trust and all obligations secured thereby are hereby reinstated and shall be and remain in force and effect the same as if said Declaration of Default and Notice of Breach had not been made and given.

Dated: 3/5/13                          THE COOPER CASTLE LAW FIRM, LLP

                                       By: _____

                                       Attorney at Law        (Bar # 11552   )

State of **Nevada**     } ss.
County of **Clark**     }

On March 5 2013 before me, J. Stevenson, Notary Public, personally appeared Matthew Burton personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature _____(Seal)

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
J. STEVENSON
Appt. No. 99-59172-1
My Appt. Expires Aug. 19, 2015

Roger Baylocq / 10-06-6997-

DOC #4214548
03/13/2013 03:00:21 PM
Electronic Recording Requested By
FIRST AMERICAN NATIONAL DEFAULT
Washoe County Recorder
Kathryn L. Burke – Recorder
Fee: $20.00  RPTT: $0
Page 1 of 4

040-581-04

RECORDING REQUESTED BY:
FIRST AMERICAN TITLE
WHEN RECORDED MAIL TO
AND MAIL TAX TAX STATEMENT TO
ROGER PIERRE BAYLOCQ
1275 STARDUST      DRIVE
RENO, NV                  89503
7976825-ACCOM


QUITCLAIM DEED

A.P.N. 040-581-04
When Recorded Mail to:
The Cooper Castle Law Firm, LLP
5275 S. Durango Drive
Las Vegas, NV 89113
    7976825    Accomodation

## QUITCLAIM DEED

THIS QUIT CLAIM DEED, is executed this _24th_ day of _January_, 2013, by
U.S. Bank National Association as Trustee for JP ALT 2006-S1, whose address is c/o
SunTrust Mortgage, Inc., 919 East Main Street, 15th Floor, Richmond, VA 23219, to
Roger Pierre Baylocq whose address is 1275 Stardust Street, Reno, NV 89503.

WITNESSETH: That U.S. Bank National Association as Trustee for JP ALT 2006-S1,
pursuant to the *Stipulation For Treatment of Claim of US Bank National Association, as
Trustee for JP ALT 2006-S1, c/o SunTrust Mortgage, Inc., as Servicer and Modification
of Plan of Reorganization* (the "Stipulation") entered on September 27, 2011, as Docket
No. 147 in *In Re Baylocq*, U.S. Bankruptcy Court for the District of Nevada, Case No.
10-51372, does hereby quitclaim to Roger Pierre Baylocq, the ownership interest which
grantor has in and to the following described parcel of land and improvements and
appurtenances thereto in the County of Washoe, State of Nevada to wit:

PARCEL 1:

COMMENCING at the Southwest corner of the Northwest ¼ of the Northeast
¼ of Section 1, Township 18 North, Range 19 East, M.D.B.&M.; thence North
89°47' East along the Southern line of said Northwest ¼ of Northeast ¼ of said
Section 1, a distance of 20.00 feet to the Eastern line of Del Monte Lane;
thence along said Eastern line and along the Northeastern line of Del Monte
Lane the three following courses and distances; North 0°13' West 278.55 feet;
Northerly and Northwesterly on the arc of a curve to the left with a radius of
165.87 feet, central angle of 49°25', an arc distance of 140.79 feet to the true
point of beginning; thence North 49°38' West 480.52 feet; thence
North 54°04'43" West 463.86 feet to a point on the Southwesterly right of way
of the Lake Ditch; thence South 34°10' East 32.5 feet; thence South 34°45'
East 163.55 feet; thence South 25°45' East 155.45 feet; thence South 16°00' East 40
feet; thence South 21°45' East 218.46 feet to the Northerly side of Lake Ditch;

File No. E695-NV
APN: 040-581-04
Quit Claim Deed Page 1 of 3

thence along the Northerly Lake Ditch, North 81°57', West 138.8 feet; South 68°33' West 35.9 feet; South 52°23' West 89 feet; thence South 75°21' West 33.86 feet to the place of beginning.

## PARCEL 2:

TOGETHER with a right of way and easements for irrigation ditch from service gate on the said Last Chance Ditch to the point of entrance on the above described premises, with the right of ingress and egress, to inspect, clean and repair said irrigation ditch.
The above legal description was taken from prior Document No. 3127142.

APN:  040-581-04

Street Address: 2370 Del Monte Lane, Reno, NV 89511

(This Space Intentionally Left Blank – Document Continues on Next Page)

File No. E695-NV
APN: 040-581-04
Quit Claim Deed Page 2 of 3

The loan, promissory note, and deed of trust, including but not limited to the October 25, 2005, Note, and the Deed of Trust that was recorded against the subject property on October 31, 2005 as Document No. 3299679, are and have remained effective and valid and remain in the same position as prior to the foreclosure and the July 14, 2009, Trustee's Deed Upon Sale which was recorded against the subject property as Document No. 3780944, with all of Roger Pierre Baylocq's duties and obligations thereunder and under the Stipulation being in full force and effect, and with U.S. Bank National Association as Trustee for JP ALT 2006-S1, and SunTrust Mortgage, Inc., reserving all rights, claims, interests, security interests, and defenses under the loan, promissory note, and trust deed and regarding the property.

Witness my hand this _25ᵗʰ_ day of _January_ 2013.

U.S. Bank National Association

_____
John G. Richards II
Vice President
RMBS Obligor Litigation
U.S. Bank Corporate Trust Services
60 Livingston Avenue
St. Paul, MN 55107

STATE OF Minnesota )
                          ):ss
COUNTY OF Ramsey        )

This instrument was acknowledged before me on the 25ᵗʰ day of _January_, 2013, by _John G Richards_ a Vice President and authorized representative of U.S. Bank National Association.

_____
NOTARY PUBLIC in and for said County and State

JEANNE M. ESCOBEDO
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2015

File No. E695-NV
APN: 040-581-04
Quit Claim Deed Page 3 of 3